#### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

#### MOTION INFORMATION STATEMENT

Docket Number(s): 24-227

Caption [use short title]

Motion for: to Supplement the Record on Appeal

CITGO Petroleum Corp. v. Ascot Underwriting Limited, et al.

Set forth below precise, complete statement of relief sought:

At the trial below, the jury heard video-recorded deposition testimony from four witnesses, but no transcript of such testimony currently appears in the record on appeal.  Appellee moves to supplement the record to include official transcripts of such deposition testimony.

MOVING PARTY: CITGO Petroleum Corporation

OPPOSING PARTY: Ascot Underwriting Limited et al.

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☒ Appellee/Respondent

MOVING ATTORNEY: John Chamberlain

OPPOSING ATTORNEY: John Woods

[name of attorney, with firm, address, phone number and e-mail]

Pillsbury Winthrop Shaw Pittman LLP

Clyde & Co.

1200 17th Street NW, Washington, DC 20036

405 Lexington Avenue, 16th Floor, New York, NY 10174

202-663-8000; john.chamberlain@pillsburylaw.com

212-717-3900; john.woods@clydeco.us

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ John Chamberlain    Date: 7/19/2024    Service: ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

## <u>CITGO CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, counsel for CITGO Petroleum Corporation certifies as follows:

Appellee CITGO Petroleum Corporation is a wholly-owned subsidiary of CITGO Holding, Inc. No publicly traded company owns more than 10 percent of CITGO Petroleum Corporation's stock.

CITGO Holding, Inc. is a wholly-owned subsidiary of PDV Holding, Inc. No publicly traded company owns more than 10 percent of CITGO Holding, Inc.'s stock.

PDV Holding, Inc. is a wholly-owned subsidiary of Petróleos de Venezuela, S.A. (PDVSA). No publicly traded company owns more than 10 percent of the stock in PDV Holding, Inc.

PDVSA is the Venezuelan state oil company, and no publicly traded company owns more than 10 percent of its stock.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------------------------------------X

CITGO PETROLEUM CORPORATION,

Plaintiff-Appellee,

-against-

ASCOT UNDERWRITING LIMITED (FOR AND
ON BEHALF OF THE MEMBERS OF
LLOYD'S SYNDICATE 1414), PIONEER
UNDERWRITING LIMITED (FOR AND ON
BEHALF OF THE MEMBERS OF CONSORTIUM
NO. 9146), MS AMLIN UNDERWRITING LIMITED
(FOR AND ON BEHALF OF THE MEMBERS OF
LLOYD'S SYNDICATE 2001), TRAVELERS
SYNDICATE MANAGEMENT LIMITED (FOR
AND ON BEHALF OF THE MEMBERS OF
LLOYD'S SYNDICATE 5000), BRIT SYNDICATES
LIMITED (FOR AND ON BEHALF OF THE
MEMBERS OF LLOYD'S SYNDICATE 2987),
SOMPO INTERNATIONAL INSURANCE (FOR
AND ON BEHALF OF THE MEMBERS OF
LLOYD'S SYNDICATE 5151), CHAUCER
SYNDICATES LIMITED (FOR AND ON BEHALF
OF THE MEMBERS OF LLOYD'S SYNDICATE
1084), MARKEL SYNDICATE MANAGEMENT
LIMITED (FOR AND ON BEHALF OF THE
MEMBERS OF LLOYD'S SYNDICATE 3000),
NEON UNDERWRITING LIMITED (FOR AND
ON BEHALF OF THE MEMBERS OF
LLOYD'S SYNDICATE 2468), and STARSTONE
INSURANCE SE,

Defendants-Appellants.

-----------------------------------------------------------------X

Case No. 24-227

District Court No.
1:21-cv-00389-GHW

1

## MOTION TO SUPPLEMENT THE RECORD PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(e)(2)(C)

Appellee CITGO Petroleum Corporation ("CITGO") respectfully moves the Court, pursuant to Rule 10(e)(2)(C), and with the consent of Appellants, for supplementation of the record to include transcripts of certain deposition testimony that was heard by the jury but that does not appear in the certified record on appeal. In support thereof, CITGO states as follows.

1.    At the trial of this matter, on the dates of December 14 and 15, 2023, the jury was presented with videotaped excerpts of the depositions of four witnesses. Those testimony excerpts had been designated by the parties in advance of trial. *See* District Court Dkt. Nos. 195.2 & 195.3 (deposition designations).

2.    The official transcripts of the trial in this matter do not reflect the substance of the videotaped testimony that the jury heard, but rather, in each instance, state only that a "Video [was] played." District Court Dkt. No. 282 (12/14/2023 Trial Tr.) at 554-57, & Dkt. No. 284 (12/15/2023 Trial Tr.) at 616.

3.    The stenographic transcripts of such testimony do not otherwise appear in the record, but are readily ascertainable, because the testimony played corresponded with the parties' deposition designations, which are of record.

4.    The parties wish to correct the omission described above so that the record fully reflects all of the testimony that the jury heard.

2

5.     As to one of the four witnesses whose testimony was presented by video ("the Protected Witness"), the District Court ordered protective measures to protect the witness's identity, and such testimony was heard by the jury in a closed courtroom, with a redacted version of the testimony simultaneously played in an open courtroom.

6.     Appellee CITGO Petroleum Corporation will file contemporaneously with this stipulation a motion to seal the non-public portions of the Protected Witness's testimony.

7.     The parties agree that Exhibit A to this motion accurately reflects the parties' designated deposition testimony for the three non-protected witnesses that was played to the jury.

8.     The parties agree that Exhibit B to this stipulation accurately reflects the parties' designated deposition testimony for the Protected Witness that was played to the jury.[1]

9.      The parties therefore respectfully request the Court grant this motion and order that the record on appeal be supplemented to include the deposition excerpts attached hereto as Exhibits A and B.

---

[1] A redacted version of Exhibit B is being filed publicly herewith, reflecting the version of the testimony played in open court; an unredacted version shall be submitted to the Court under seal.

Dated: July 19, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ John Chamberlain
      David F. Klein
      Mark J. Plumer
      Jeffrey W. Mikoni
      John Chamberlain
      1200 17th Street NW
      Washington, D.C. 20036
      Tel: (202) 663-8000
      Fax: (202) 663-8007

      Richard P. Donoghue
      31 West 52nd Street
      New York, NY 10019
      Tel: (212) 858-1000
      Fax: (212) 858-1500

      *Counsel for Plaintiff-Appellee*

# EXHIBIT A

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

**Pg: 7 Ln: 5 - 13**

**Annotation:**

```
 7: 5   VIDEOGRAPHER: Okay, the court reporter
     6   will now swear in the witness.
     7   COREY HERRITT,
     8   after having been duly affirmed/sworn
     9   was examined and testified as follows:
    10   EXAMINATION
    11   BY MR. MIKONI:
    12   Q.   Good morning, Captain Herritt.
    13   A.   Good morning.
```

**Pg: 8 Ln: 6 - 8**

**Annotation:**

```
 8: 6   Captain Herritt, can you again state
     7   your full name for the record.
     8   A.   Corey Herritt.
```

**Pg: 12 Ln: 18 - 21**

**Annotation:**

```
12:18   Q.   Can you please state your current
    19   employer and your title?
    20   A.   Current employer is Canship
    21   Ugland, and my title is Captain.
```

**Pg: 12 Ln: 25 - Pg: 13 Ln: 12**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

**Annotation:**

```
12:25   Q.    What are your duties as a
13: 1   captain?
    2   A.    Looking out for the safety of the
    3   crew, the ship and the cargo, and take my orders
    4   from charterers and owners as they issue.
    5   Q.    When you say charterers, what do
    6   you mean by that?
    7   A.    That would be whoever has the
    8   vessel chartered at any given moment in time, so
    9   in this case it was CITGO.
   10   Q.    How long have you served as a
   11   captain at Canship?
   12   A.    Since 2000 -- December of 2004.
```

**Pg: 35 Ln: 23 - Pg: 36 Ln: 1**

**Annotation:**

```
35:23   Q.    You were master of the Gerd
   24   during a time when cargo was physically loaded
   25   onto vessel; is that correct?
36: 1   A.    The DCO cargo in question, yes.
```

**Pg: 45 Ln: 3 - 23**

**Annotation:**

```
45: 3   When do you consider the loading process
    4   to be complete?
    5   A.    The loading process will be
    6   complete once the bill of lading is signed, and
    7   then we normally got to wait then for a pilot, so
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
 8    the agents would order a pilot, and sometimes

 9    there could be delays and some more times we could

10    leave within two hours. Normally we have got to

11    give the engine room one hour's notice to have the

12    engines prepared, but in Venezuela, you also gotta

13    get the diving inspection completed before you

14    depart at port.

15    Q.   What does that Venezuelan dive

16    inspection look for?

17    A.   They look for drugs attached to

18    the ship's hull.

19    Q.   And when in Venezuela is there

20    any other steps you need to take before you can

21    depart after loading cargo?

22    A.    Yes, I have to wait for outward

23    clearance.
```

**Pg: 46 Ln: 4 - 21**

**Annotation:**

```
46: 4    Q.   What does that outward clearance

   5    entail?

   6    A.   Usually the agent would take the

   7    documents provided, take them to shore, and most

   8    times it's the harbourmasters who are granting the

   9    outward clearance, so we present all of the

  10    documents that's required, and if everything is in

  11    order, the ships are granted clearance to depart

  12    the country, right.

  13    Q.   And what are the harbourmasters?

  14    A.   They are -- I guess they are
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

        15    hired by the local government to represent the

        16    port.

        17    Q.    How long does the process of

        18    securing outward clearances usually take in your

        19    experience?

        20    A.    Usually not that long. Maybe two

        21    hours.


**Pg: 47 Ln: 19 - Pg: 48 Ln: 15**


    **Annotation:**

    47:19    Q.    Can you tell me specifically what

        20    dates you served as the master of the Gerd between

        21    December 2018 and February 2020?

        22    A.    I can, but I gotta open my

        23    discharge book, if that's okay.

        24    Q.    I'm fine with that.

        25    A.    Okay, I joined the vessel on the

    48: 1    30th of November, 2018, in Aruba, and I departed

        2    the vessel the 25th of January, 2019, in Güiria,

        3    Venezuela.

        4    Q.    Did you serve any other rotations

        5    as the Gerd's master?

        6    A.    Yes.

        7    Q.    When did you next join the Gerd?

        8    A.    I next joined the Gerd the 14th

        9    of March, 2019, until 25th of April, 2019.

        10    Q.    Where was the Gerd located during

        11    that rotation?

        12    A.    At anchorage off of Güiria.

        13    Q.    Did you return to the Gerd for

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
    14   any other rotations after that?

    15   A.    No, I didn't.
```

**Pg: 50 Ln: 2 - 6**

**Annotation:**

```
50: 2    You

    3    said that you boarded the ship on November 30,

    4    2018. Do you recall where the ship was when you

    5    boarded?

    6    A.    Aruba.
```

**Pg: 50 Ln: 13 - 20**

**Annotation:**

```
50:13    Q.    And what were your voyage

    14   instructions for that rotation?

    15   A.    I think we had -- I think we

    16   loaded two or three cargoes during that rotation

    17   out of Venezuela.

    18   Q.    Were all of those cargoes for

    19   CITGO?

    20   A.    Yes.
```

**Pg: 51 Ln: 6 - 19**

**Annotation:**

```
51: 6    Q.    When you boarded the Gerd in

    7    November of 2018, did you have any understanding

    8    of the political situation in Venezuela at that

    9    time?
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/23/2021] 09/23/2021 Herritt, Corey

```
10   A.    In November of 2018?

11   Q.    Yes.

12   A.    Only what we gathered from the

13   news and, you know, very, very limited knowledge

14   really.

15   Q.    What did you gather from the

16   news?

17   A.    That things were -- things were

18   deteriorating there with regards to protests

19   against the government.
```

**Pg: 51 Ln: 23 - Pg: 52 Ln: 15**

**Annotation:**

```
51:23   Q.    And did you learn anything

    24   further about political developments in Venezuela

    25   during that first rotation on the Gerd?

52: 1   A.    Limited, very limited.

     2   Q.    Do you recall what limited

     3   information you learned?

     4   A.    Just general discussion with some

     5   of the agents and some of the divers that used to

     6   attend basically that the protesting was becoming

     7   more prominent against the government, and

     8   shortage of food, et cetera.

     9   Q.    During this rotation, did you

    10   observe any Venezuelan military presence around

    11   the Gerd?

    12   A.    Not that I recall, no.

    13   Q.    Do you recall seeing any

    14   Venezuelan Navy ships near the Gerd?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

      15   A.    No.

**Pg: 72 Ln: 7 - 9**

**Annotation:**

  72: 7   Q.   So before the break we were about

      8   to discuss document 11. Scott, can you mark that

      9   and put it up on the screen, please.

**Pg: 73 Ln: 3 - 10**

**Annotation:**

  73: 3   Q.   Captain Herritt, do you recognize

      4   these documents?

      5   A.   As I stated before, not from

      6   memory, but I recognize my signature.

      7   Q.   Do these relate to the parcel of

      8   DCO that was loaded onto the Gerd on or about

      9   January 22, 2019?

     10   A.   Yes.

**Pg: 73 Ln: 19 - Pg: 74 Ln: 10**

**Annotation:**

  73:19   Q.   And can you explain what this

     20   bill of lading signifies?

     21   A.   It signifies the cargo loaded on

     22   board the quantity -- the quantity of cargo loaded

     23   on board the Gerd Knutsen with the discharge port

     24   and who the cargo was consigned to.

     25   Q.   And who does the bill of lading

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
74: 1    say that the cargo was consigned to?

     2    A.    CITGO Petroleum Corporation.

     3    Q.    And what did you understand

     4    consigned to mean in that context?

     5    A.    My understanding is CITGO would

     6    be the owners of the cargo.

     7    Q.    And the cargo discussed in this

     8    bill of lading is approximately 940,000 gallons of

     9    DCO; is that correct?

     10   A.    Barrels, 943,000 barrels.
```

**Pg: 74 Ln: 14 - 16**

**Annotation:**

```
74:14   Q.    And that's your signature at the

     15   bottom of this bill of lading, correct?

     16   A.    Correct.
```

**Pg: 81 Ln: 6 - 11**

**Annotation:**

```
81: 6   Q.    Was it your understanding that

     7    Jose was a PDVSA terminal?

     8    A.    Yes.

     9    Q.    Did PDVSA own the terminal to

     10   your knowledge?

     11   A.    To my knowledge, yes, but...
```

**Pg: 83 Ln: 1 - 10**

**Annotation:**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
83: 1    Q.    The next entry on the time sheet
     2    is "loading." It spans the 20th of January to the
     3    22nd of January. Does that reflect the time it
     4    took for the cargo to be loaded onto the Gerd?
     5    A.    I don't recall, but if I signed,
     6    my signature is there, so I would say I double
     7    checked the times, so I would agree.
     8    Q.    You have no reason to believe
     9    that that's inaccurate; is that right?
    10    A.    No.
```

**Pg: 84 Ln: 1 - 3**


**Annotation:**

```
84: 1    Q.    And that process completed on the
     2    22nd of January, right?
     3    A.    Yeah, according to this document.
```

**Pg: 84 Ln: 8 - Pg: 85 Ln: 14**


**Annotation:**

```
84: 8    Q.    Do you recall receiving the bill
     9    of lading -- it's the first page of Exhibit 11 --
    10    at that time?
    11    A.    I don't recall.
    12    Q.    Do you have any reason to believe
    13    you didn't receive the bill of lading at that
    14    time?
    15    A.    No, I don't.
    16    Q.    And there's various signatures
    17    across the bottom of this time sheet, correct?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

        18   A.    Correct.

        19   Q.    One of which is yours?

        20   A.    Correct.

        21   Q.    And there's also PDVSA's stamp

        22   and signature on this document; is that correct?

        23   A.    That's correct.

        24   Q.    By placing your signature on this

        25   time sheet, what were you representing?

    85:  1   A.    Basically it's my agreement that

         2   the times reflect the actual order in which they

         3   occurred.

         4   Q.    Do you have an understanding of

         5   what PDVSA's stamp and signature on this document

         6   means?

         7   A.    The same thing.

         8   Q.    Do you recall any disagreements

         9   between you and PDVSA regarding the accuracy of

        10   this time sheet?

        11   A.    Not the accuracy of the time

        12   sheet, I don't recall, but I do know there was

        13   some letters of protest issued for the operation

        14   alongside.


**Pg: 85 Ln: 16 - 17**


   **Annotation:**

    85:16    I'm going to ask you to

        17   mark document five as Exhibit 5.


**Pg: 86 Ln: 3 - 14**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

**Annotation:**

```
86: 3   Q.    Captain Herritt, please take a

     4   moment to review this document, or these documents

     5   I should say.

     6   A.    Okay.

     7   Q.    Do you recognize these documents?

     8   A.    Not from memory.

     9   Q.    But do you recognize your

    10   signature on several of the documents?

    11   A.    Yes, I do.

    12   Q.    Are you familiar with what these

    13   documents are?

    14   A.    Yes.
```

**Pg: 89 Ln: 21 - Pg: 90 Ln: 16**

**Annotation:**

```
89:21   Q.    And can you turn to the next two

    22   pages, please. These two pages are a statement of

    23   facts; is that correct?

    24   A.    That's correct.

    25   Q.    Is that your signature at the

90: 1   bottom left corner of both of these pages?

     2   A.    Yes, it is.

     3   Q.    And these are also signed by a

     4   PDVSA shore representative; is that correct?

     5   A.    That is correct.

     6   Q.    I am not going to ask you to go

     7   item by item through this statement of facts, but

     8   could you take a moment to review it, please.

     9   A.    Okay.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/23/2021] 09/23/2021 Herritt, Corey

```
10   Q.    Does this statement of facts

11   accurately to your recollection reflect the

12   loading of the DCO cargo onto the Gerd on about

13   January 22nd, 2019?

14   A.    Again, I can't recall the time

15   lines, but I would say there's no reason why I

16   would think it's inaccurate.
```

**Pg: 95 Ln: 10 - 25**


**Annotation:**

```
95:10   Q.    Could you turn the page to the

16   next letter of protest, Bates No. is 4552.

12   A.    Yeah.

13   Q.    Once again, for the formality of

14   it, did you write this letter?

15   A.    Yes, I did.

16   Q.    And that's your signature on the

17   bottom right, correct?

18   A.    Correct.

19   Q.    Can you explain the issue that

20   you memorialized in this letter.

21   A.    Basically it was delays

22   experienced during loading operation.

23   Q.    Do you recall what caused those

24   delays?

25   A.    No, I don't.
```

**Pg: 96 Ln: 11 - 21**


**Annotation:**

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
96:11   Q.    Well, in your recollection this
   12   delay was not because PDVSA wanted to cease
   13   transmitting the cargo or loading the cargo; is
   14   that correct?
   15   A.    No, no, this -- that's correct.
   16   This is -- that's normal procedure. It happens a
   17   lot at terminals.
   18   Q.    As part of the process of getting
   19   cargo from multiple tanks onshore and into the
   20   vessel?
   21   A.    That's correct.
```

**Pg: 97 Ln: 8 - 13**

**Annotation:**

```
97: 8   Q.    During the period of time or
    9   during the loading process for this DCO cargo, do
   10   you recall any objections from PDVSA to loading
   11   the cargo on the Gerd?
   12   A.    No, I don't recall any
   13   objections.
```

**Pg: 97 Ln: 18 - 21**

**Annotation:**

```
97:18   Q.    Was it your understanding that
   19   CITGO was the owner of the cargo once it was
   20   aboard the Gerd?
   21   A.    Yes, that is correct.
```

**Pg: 99 Ln: 15 - Pg: 100 Ln: 14**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

**Annotation:**

99:15    Q.    Do you recall any -- receiving

16    any opposition from PDVSA during the process of

17    loading this cargo?

18    A.    No, I don't.

19    Q.    After the DCO cargo was loaded,

20    what did you do next?

21    A.    Usually then -- well, once the

22    bill of lading is signed and on board, we have to

23    wait for a pilot to come on board to take us from

24    the dock, and then we normally wait for the divers

25    to come and do their diving inspection, and

100: 1    present us with -- the agent will then present us

2    with the outward clearance from the harbourmaster.

3    Q.    Where was the Gerd headed after

4    receiving the CITGO cargo?

5    A.    We had a change in voyage orders

6    to proceed back to Güiria to load 22,000 barrels

7    of Pedernales.

8    Q.    Did the Gerd receive departure

9    clearances after the DCO cargo was loaded?

10    A.    Yes, we did.

11    Q.    Did those -- were those departure

12    clearances to approve it to return to Güiria to

13    pick up the Pedernales cargo?

14    A.    That's correct.

**Pg: 110 Ln: 2 - 11**

**Annotation:**

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/23/2021] 09/23/2021 Herritt, Corey

```
110: 2   for clarifying that. With respect to the first

     3   rotation relevant to this cargo --

     4   A.    Yeah.

     5   Q.    -- you departed the Gerd on

     6   January 25, 2019, correct?

     7   A.    Yes.

     8   Q.    Do you recall where the Gerd was

     9   located when you departed the Gerd?

     10  A.    At anchorage at Güiria, roughly

     11  about 6 miles from port.
```

**Pg: 110 Ln: 17 - Pg: 111 Ln: 4**

**Annotation:**

```
110:17  Q.    At the time that you left the

     18  Gerd, had arrangements to load the Pedernales been

     19  made?

     20  A.    Yes, they were scheduled to

     21  arrive the following day.

     22  Q.    You say they were scheduled to

     23  arrive, what do you mean?

     24  A.    The barge that was carrying the

     25  Pedernales cargo.

111: 1  Q.    That was scheduled to arrive on

     2   January 26th?

     3   A.    Yes, the day after I departed,

     4   correct.
```

**Pg: 113 Ln: 3 - 5**

**Annotation:**

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/23/2021] 09/23/2021 Herritt, Corey

113: 3   Q.    And you returned to the Gerd in

4   March of 2019, correct?

5   A.    Yes.


**Pg: 113 Ln: 11 - Pg: 114 Ln: 12**


**Annotation:**

113:11   Q.    Before you arrived on the Gerd in

12   March of 2019, did you have an understanding of

13   what the state of the Gerd's operations was?

14   A.    In March -- yeah, in March, I

15   knew that she was still waiting on an outward

16   clearance from the Venezuelan authorities, and she

17   was still at anchor in Güiria.

18   Q.    Do you have any understanding of

19   why that clearance hadn't been authorized yet?

20   A.    Not until I got back on board.

21   Q.    When you got on board, did you

22   discuss the state of clearances with Captain

23   Ollerhead?

24   A.    Yes.

25   Q.    Do you recall what you discussed?

114: 1   A.    Not in particular, other than the

2   fact that the harbourmaster would not issue the

3   outward clearance, waiting on instruction from

4   PDVSA.

5   Q.    You understood the harbourmaster

6   would be waiting on PDVSA's instruction before the

7   clearances would issue; is that right?

8   A.    Yeah, correct.

9   Q.    At that point in time, the parcel

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
      10   of Pedernales crude had been fully loaded onto the

      11   Gerd, correct?

      12   A.    Yes.
```

**Pg: 115 Ln: 10 - Pg: 116 Ln: 15**

**Annotation:**

```
115:10   Q.    During this rotation you were

      11   awaiting clearance, were you aware of any reason

      12   why outward clearance shouldn't issue?

      13   A.    No, I wasn't.

      14   Q.    Was the Gerd prepared to travel

      15   to Aruba?

      16   A.    Yes, definitely.

      17   Q.    Did you have any understanding of

      18   why the harbourmaster was refusing to issue

      19   clearances until it received instructions from

      20   PDVSA?

      21   A.    No, I wasn't, no.

      22   Q.    Do you have any understanding of

      23   why PDVSA was refusing to provide such

      24   instructions?

      25   A.    No, not to my knowledge.

116: 1   Q.    Was it ordinary for outward

       2   clearances to be held up pending instructions from

       3   PDVSA?

       4   A.    No, we had never encountered any

       5   delays like that in the past.

       6   Q.    Was PDVSA's instruction usually

       7   required to secure outward clearances in the past?

       8   A.    I can't answer that, because we
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
 9   never ran into any issue, so I'm not able -- not

10   able to answer that.

11   Q.   Where was the Gerd located when

12   you boarded it for this March to April 2019

13   rotation?

14   A.   In the exact same spot that I

15   left it in January.
```

**Pg: 120 Ln: 1 - 14**

**Annotation:**

```
120: 1   Q.   Did Captain Ollerhead tell you

    2   anything about the loading of the Pedernales cargo

    3   when you relieved him on March 14, 2019?

    4   A.   Just that he was still waiting on

    5   the bill of lading.

    6   Q.   Do you know where you were

    7   waiting on that bill of lading to come from?

    8   A.   Normally it came from the agents.

    9   Q.   Whose agents?

   10   A.   Navieramar, CITGO's agent.

   11   Q.   You were not aware of why the

   12   bill of lading was being held up in this case; is

   13   that correct?

   14   A.   That's correct.
```

**Pg: 120 Ln: 16 - 17**

**Annotation:**

```
120:16   Scott, I ask that you mark

    17   document eight as Exhibit 8.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/23/2021] 09/23/2021 Herritt, Corey

**Pg: 121 Ln: 4 - 12**

**Annotation:**

121: 4  Q.    Do you recognize this email

5  thread?

6  A.    Not from memory.

7  Q.    Upon reviewing it again, do you

8  recall the events that it discusses?

9  A.    I do.

10  Q.    And you sent and received some of

11  the emails in this thread, correct?

12  A.    Yes, that's correct.

**Pg: 122 Ln: 7 - 24**

**Annotation:**

122: 7  Q.    What did you understand

8  Navieramar to be saying regarding the status of

9  outward clearances?

10  A.    From the text, it looks like

11  PDVSA and CITGO are in disagreement of where the

12  cargo should be discharged, and that the local

13  harbourmaster was waiting on PDVSA to give him

14  permission to grant the outward clearance.

15  Q.    Do you know specifically why the

16  harbourmaster was waiting on PDVSA?

17  A.    No idea.

18  Q.    If you look to the prior

19  page with the Bates No. 5054, this is an email

20  bearing your signature dated March 21st, 2019. Do

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
21   you see that email?
22   A.    Yes, I do.
23   Q.    Did you write that email?
24   A.    Yes, I did.
```

**Pg: 123 Ln: 15 - Pg: 125 Ln: 12**


**Annotation:**

```
123:15   Q.   In this email you again requested
    16   outward clearance, correct?
    17   A.   Correct.
    18   Q.   Was that request granted?
    19   A.   No, it wasn't.
    20   Q.   What did Navieramar say in
    21   response to your request?
    22   A.   Basically they -- he's telling me
    23   that the harbourmaster's office will not proceed
    24   with the authorization from -- without
    25   authorization from PDVSA main office, and that
124: 1   PDVSA requested that the vessel go to Amuay Bay
     2   and do an STS operation.
     3   Q.   Can you explain what Amuay Bay
     4   is?
     5   A.   Just out past Puerto La Cruz,
     6   Jose, it's a bay there where they do a lot of ship
     7   to ship transfers.
     8   Q.   Is that what STS stand for, ship
     9   to ship?
    10   A.   That's correct.
    11   Q.   So was Amuay Bay another PDVSA
    12   facility?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
13   A.    Yes, it was.

14   Q.    So PDVSA was instructing the

15   harbourmaster to order the vessel to discharge the

16   cargo back to PDVSA; is that right?

17   A.    That's what how it seems, yes.

18   Q.    You stated several times today

19   that CITGO was the consignee of the cargo; is that

20   right?

21   A.    That's correct.

22   Q.    You also understood CITGO to be

23   the owner of the cargo; is that correct?

24   A.    That's correct.

25   Q.    Do you have any understanding of

125: 1  why PDVSA would have the authority to order that

2   the cargo be returned back to it?

3   A.    No, I wouldn't.

4   Q.    And did you understand PDVSA's

5   instructions to apply to both the DCO and the

6   Pedernales crude?

7   A.    Say again.

8   Q.    Did you understand PDVSA's

9   instructions that the cargo should be discharged

10   at Amuay to apply to both the DCO and the

11   Pedernales?

12   A.    Yes.
```

**Pg: 125 Ln: 23 - 25**

**Annotation:**

```
125:23  Q.    This rotation aboard the Gerd for

24   you ended on April 25, 2019; is that right?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/23/2021] 09/23/2021 Herritt, Corey

```
    25   A.    That's correct.
```

**Pg: 127 Ln: 16 - Pg: 128 Ln: 3**

**Annotation:**

```
127:16   Q.    At this point the Gerd had been
    17   seeking clearances for approximately three months,
    18   right?
    19   A.    Correct.
    20   Q.    And in connection with any other
    21   voyage, have you ever experienced a delay of three
    22   months in receiving outward clearances?
    23   A.    No, never.
    24   Q.    Have you heard of any other ship
    25   experiencing such delays?
128: 1   A.    Not personally, but I did see on
     2   the news that there was some ships being help up
     3   by the U.S. and Venezuela.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

**Pg: 10 Ln: 2 - 7**

**Annotation:**

10: 2   THE VIDEOGRAPHER: The court reporter

3   will now swear in the witness.

4   MR. MIKONI: Thank you.

5   CAPTAIN BARTON JEFFREY OLLERHEAD,

6   after having been duly affirmed

7   was examined and testified as follows:

**Pg: 11 Ln: 3 - 5**

**Annotation:**

11: 3   Captain Ollerhead, can you please state your

4   full name for the record?

5   A.    Barton Jeffrey Ollerhead.

**Pg: 15 Ln: 5 - 8**

**Annotation:**

15: 5   Q.    Can you please state your current

6   employer and title?

7   A.    Current employer is Canship Ugland

8   Limited and my title is "Master."

**Pg: 15 Ln: 17 - 22**

**Annotation:**

15:17   Q.    How long have you been a ship's

18   master?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
19   A.    17 years possibly.

20   Q.    Do you remember approximately what

21   year you started serving as a master?

22   A.    2002.
```

**Pg: 24 Ln: 2 - 15**

**Annotation:**

```
24: 2   Q.    As I mentioned earlier,

     3   Captain Ollerhead, we are most concern about the

     4   time period between December 2018 and February of

     5   2020 in this litigation. Were you on-board the

     6   Gerd at any point during that time period?

     7   A.    Yes.

     8   Q.    On approximately what dates?

     9   A.    January -- mid-January till end of

    10   March, early April.

    11   Q.    In what capacity?

    12   A.    As master.

    13   Q.    What did that job entail?

    14   A.    Command of the vessel during the

    15   period she was -- I was on board.
```

**Pg: 33 Ln: 9 - 21**

**Annotation:**

```
33: 9   Q.    When you boarded the Gerd at this

    10   time to serve as its master, did you have any

    11   understanding of the political situation in

    12   Venezuela?

    13   A.    Yes, just from what was in the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
14    news and our time down there for the last two

15    years.

16    Q.    Do you recall today what your

17    understanding of the political situation was in

18    January of 2019?

19    A.    Well, there was a, I guess, a good

20    disagreement about who was in charge of the

21    government down there.
```

**Pg: 33 Ln: 25 - Pg: 34 Ln: 8**

**Annotation:**

```
33:25    Q.    Were you aware of a May 2018

34: 1    Venezuelan presidential election?

    2    A.    Yes, I would have been, yes.

    3    Q.    Were you aware that Nicolas Maduro

    4    claimed the victory in that election?

    5    A.    Yes.

    6    Q.    Were you aware that that election

    7    and that victory was disputed?

    8    A.    Yes.
```

**Pg: 40 Ln: 19 - 22**

**Annotation:**

```
40:19    Q.    Were you aware of the loading of

    20    the DCO parcel before you boarded the Gerd to

    21    serve as its master in 2019?

    22    A.    Yes.
```

**Pg: 41 Ln: 1 - 16**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

**Annotation:**

```
41: 1   Q.   Were you aware of any issues that

     2   took place during the loading of the DCO parcel,

     3   if any?

     4   A.   Nothing -- nothing in relation to

     5   cargo operations, no.

     6   Q.   At this time did you have any

     7   understanding of who owned the DCO aboard the

     8   Gerd?

     9   A.   I believe it was going to CITGO in

    10   Aruba.

    11   Q.   Did you understand CITGO to own

    12   the DCO?

    13   A.   Yes, I would have taken it as

    14   that, yes.

    15   MR. MIKONI: Scott, you can take this

    16   down and please mark and put up Exhibit 4.
```

**Pg: 42 Ln: 15 - 22**

**Annotation:**

```
42:15   Q.   Captain Ollerhead, I'd like to

    16   direct your attention to the email that makes up

    17   most of this page sent from the Gerd master email

    18   account to a Melody Wheeler at CITGO as well as

    19   several other email addresses.

    20   It is dated Saturday, January 16, 2019 at

    21   9:33 a.m. Did you send this email?

    22   A.   Yes. My signature is on it, yes.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [11/15/2021] 11/15/2021 Ollerhead, Bart

**Pg: 43 Ln: 6 - 13**

**Annotation:**

43: 6  Q.   Can you explain to me the purpose

7  of this email?

8  A.    The lower email is from me. It

9  looks like a daily operations report to her.

10  Q.   And this may be obvious given the

11  name, but did you send such an operations report

12  daily?

13  A.    Yes.

**Pg: 43 Ln: 25 - Pg: 44 Ln: 24**

**Annotation:**

43:25  Q.    Okay. Can you explain to me what

44: 1  the Gerd's status was at the time you sent this

2  update?

3  A.    From the email it looks like we

4  were still anchored in Guiria, and we were waiting

5  for the delivery of the Pedernales parcel.

6  Q.    And I will ask you just to walk

7  through each of the dated line items and explain

8  to us what that means. There is a

9  January 24th entry that says "End of sea passage";

10  what does that mean?

11  A.    That's when the vessel arrived and

12  began manoeuvering for anchorage.

13  Q.    And the next entry that reads "NOR

14  tender"; what does that mean?

15  A.    Notice of readiness tendered to

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
16   the receipt -- for the delivery of PDVSA, that we

17   were -- the ship was ready for loading of the

18   cargo.

19   Q.   Can you explain what a notice of

20   readiness is?

21   A.   That's a notice to the port

22   facility operator that the vessel is ready and

23   operational to take and receive the cargo and it

24   would start the time for the port.
```

**Pg: 45 Ln: 12 - 20**

**Annotation:**

```
45:12   Q.   The next line item, "Anchored, AW

   13   PDVSA instructions"; can you explain what that

   14   means?

   15   A.   That's the same thing. The vessel

   16   is at anchor, we're at anchor, and awaiting PDVSA

   17   instructions for the loading of the cargo.

   18   Q.   Did you understand PDVSA to be the

   19   entity that was delivering the cargo to the Gerd?

   20   A.   Yes.
```

**Pg: 46 Ln: 23 - Pg: 48 Ln: 22**

**Annotation:**

```
46:23   Q.   And the next three entries are all

   24   prefaced "ET." Can you explain what "ET" means?

   25   A.   Estimated time.

47: 1   Q.   So the first entry there is "ET

    2   for barge, 27/0700"; what does that mean?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

 3   A.    That's when we were expecting the
 4   barge with the -- with next parcel of Pedernales
 5   to arrive at 0700 on the 27th.
 6   Q.    Am I correct in understanding that
 7   the Gerd was to remain at anchorage and the barge
 8   was going to bring the parcel of Pedernales to the
 9   Gerd?
10   A.    That's correct.
11   Q.    The next entry is "ET complete
12   loading, 27/1800"; what does that mean?
13   A.    That would have been estimated
14   time of the completing of the cargo that was
15   expected to be delivered.
16   Q.    So at this time you anticipated
17   that the barge would arrive and the cargo would
18   complete loading all on January 27th; is that
19   right?
20   A.    That's correct.
21   Q.    And the next entry is "ET
22   departure Guiria, 28/1500 depending on cargo
23   documents and clearance." Can you explain what
24   you meant by that?
25   A.    Well, once we get the cargo done
48: 1   sometimes it takes a bit of time to get the bill
 2   of ladings and the clearance from the local
 3   authorities before the vessel could depart, so I
 4   just gave them an estimated time.
 5   Q.    In your experience how long did it
 6   usually take to receive bill of ladings and
 7   clearance to depart after a cargo was loaded
 8   aboard the Gerd?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
 9   A.    For the Pedernales parcels, it

10   didn't -- it generally took a day or so --

11   depending on what the cargo was.

12   Q.    And prior to this rotation, how

13   many parcels of Pedernales had been loaded on to

14   the Gerd while you were its master?

15   A.    I'll say 30, just an estimate.

16   Q.    And across that estimated 30

17   loadings, the Gerd received its bill of lading and

18   clearance to depart within a day or so after the

19   loading is complete; is that right?

20   A.    Yes, I would say within a day or

21   so. If it's -- a parcel by itself. The COROCORO

22   parcels sometimes took a little longer.
```

**Pg: 49 Ln: 5 - 17**

**Annotation:**

```
49: 5   Q.    What sort of clearance did you

 6   understand was necessary for the Gerd to depart

 7   its anchorage point in Venezuelan waters?

 8   A.    In order to depart I would have

 9   needed the bill of ladings on board and the

10   customs clearance. Immigration would have been on

11   board for a clearance as well, to clear crew on

12   board, and we would have needed a security dive

13   inspection by the local national guard.

14   Q.    At the time at which you sent this

15   email on January 26, you estimated that process

16   would be completed by January 28th; is that right?

17   A.    That's correct.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [11/15/2021] 11/15/2021 Ollerhead, Bart

**Pg: 54 Ln: 25 - Pg: 55 Ln: 4**

**Annotation:**

```
54:25   Q.   Did you observe the Pedernales

55: 1   parcel being loaded aboard the Gerd on January

    2   27th?

    3   A.   Did I observe it? Yes, I knew it

    4   was loaded on board, yes.
```

**Pg: 55 Ln: 20 - 25**

**Annotation:**

```
55:20   Q.   Did you have any understanding of

   21   who was loading the Pedernales aboard the Gerd?

   22   A.   Yes, other -- in the -- in the

   23   bill of lading -- sorry. In the voyage

   24   instructions it would have shown that the cargo

   25   was coming from PDVSA.
```

**Pg: 56 Ln: 16 - Pg: 57 Ln: 11**

**Annotation:**

```
56:16   Q.   Did PDVSA appear to be loading the

   17   Pedernales parcel under any duress?

   18   A.   Not that I would know of, no.

   19   Q.   Do you recall any issues in

   20   connection with the loading of the Pedernales

   21   parcel aboard the Gerd?

   22   A.   No.

   23   Q.   Anything out of the ordinary with
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
    24   this particular cargo loading?

    25   A.    No.

57: 1   Q.    Did you have any understanding of

     2   who was receiving the Pedernales parcel?

     3   A.    The receivers would have been

     4   noted on the voyage instructions which was going

     5   to be CITGO in Aruba.

     6   Q.    Did you have an understanding of

     7   who was the owner of the Pedernales parcel once it

     8   was loaded aboard the Gerd?

     9   A.    Once it was loaded on board, the

    10   bill of lading's issued, the owners would have

    11   been -- should have been CITGO.
```

**Pg: 59 Ln: 19 - 24**

**Annotation:**

```
59:19   Q.    Captain Ollerhead, the update that

    20   we just reviewed was the one you sent on

    21   January 28th, 2019. At that point in time you and

    22   the Gerd were awaiting clearance to depart

    23   Venezuelan waters; is that correct?

    24   A.    Yes.
```

**Pg: 60 Ln: 5 - Pg: 61 Ln: 10**

**Annotation:**

```
60: 5   Q.    From your vantage point as the

     6   Gerd's master, was anything else necessary to be

     7   done in order to secure those clearances?

     8   A.    No.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
 9   Q.    On or about January 28th did you
10   learn about any additional developments regarding
11   the political situation in Venezuela?
12   A.    I don't know exactly what day it
13   was. It was around about after the time we had
14   loaded the cargo, there may have been
15   announcements or something in the news.
16   Q.    Do you recall learning at
17   approximately that time that Venezuelan opposition
18   leader Juan Guaidó, asserted a constitutional
19   claim to the Venezuelan presidency?
20   A.    Again, I don't recall the exact
21   dates of when this happened, it was around about
22   that period of time and I -- in hindsight, looking
23   back, I would have guessed now that it was --
24   well, it was possibility what we were thinking was
25   it was going to be delays for us.
61: 1   Q.    At this time on January 28th, do
 2   you recall whether you were aware that Juan Guaidó
 3   took the oath of office as Venezuelan President,
 4   on January 23rd, 2019?
 5   A.    Yes, I think I would have.
 6   Q.    At this time, January 28th, were
 7   you aware that also on January 23rd the US
 8   formally recognized the legitimacy of the Guaidó
 9   government and the illegitimacy of Nicolás
10   Maduro's regime?
```

**Pg: 61 Ln: 14 - 21**


**Annotation:**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
61:14    Yes, I

   15    would have been aware in the news what was

   16    happening there.

   17    Q.    Were you aware that on

   18    January 28th, the US treasury department

   19    sanctioned PDVSA and generally prohibited US

   20    persons from engaging in transactions with PDVSA?

   21    A.    Yes, I would have been.
```

**Pg: 62 Ln: 21 - 23**

**Annotation:**

```
62:21    MR. MIKONI: Scott, can you please go

   22    ahead and mark Exhibit 7 and place that on the

   23    screen, please.
```

**Pg: 63 Ln: 9 - Pg: 64 Ln: 4**

**Annotation:**

```
63: 9    Q.    Captain Ollerhead, do you

   10    recognize the bottom email in this thread that was

   11    sent from the --

   12    A.    Yes --

   13    Q.    -- sorry, let me just finish. It

   14    was sent from the Gerd master account to Melody

   15    Wheeler at CITGO, among others, on January 30th;

   16    do you recognize the email?

   17    A.    Yes, I do.

   18    Q.    Did you send this email?

   19    A.    Yes.

   20    Q.    And that's your signature on the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

    21   screen in front of us?

    22   A.    That's correct, yes.

    23   Q.    Is this another of the morning

    24   position update emails?

    25   A.    Yes, I would believe so, yes.

64: 1   Q.    And this one was dated

    2   January 30th. On January 30th were you still

    3   anchored in Güiria awaiting clearance to depart?

    4   A.    Yes.


**Pg: 65 Ln: 7 - 12**


**Annotation:**

65: 7   Q.    Do you recall at this time,

    8   January 30th, what your understanding was as to

    9   why clearances to depart had not been provided?

    10   A.    I don't really recall, but I would

    11   guess that it was due to the issues with the --

    12   the announcements in the news.


**Pg: 83 Ln: 22 - Pg: 84 Ln: 17**


**Annotation:**

83:22   Do you recall discussions during the next

    23   several days regarding whether and how to provide -- to

    24   address the security concerns raised by the company

    25   that was going to deliver the stores?

84: 1   A.    Yes, in general we were requesting

    2   escort boats while our launch service was in

    3   Venezuelan waters.

    4   Q.    And I will represent to you that

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
    5    this thread does not reveal how the security

    6    concerns ultimately were addressed. Do you recall

    7    what the resolution of that concern was?

    8    A.    Yes, the local authorities, maybe

    9    the harbor master made available the INEA -- the

   10    launch boat that would escort the -- our launch

   11    when it came into Venezuela.

   12    Q.    You and just referred to the INEA.

   13    Can you explain what that is.

   14    A.    That's -- I believe it was the

   15    local coastguard boats.

   16    Q.    Was the INEA launch boat armed?

   17    A.    I can't confirm "yes" or "no."
```

**Pg: 88 Ln: 3 - 12**

**Annotation:**

```
  88: 3    Captain Ollerhead, do you recognize this

    4    exhibit?

    5    A.    Yes, it was reviewed previously.

    6    Q.    At the bottom of this page is the

    7    same email from Melody Wheeler on

    8    February 23rd that we just reviewed as part of

    9    Exhibit 13; is that correct?

   10    A.    That's correct.

   11    Q.    And then above that is a response

   12    to that email from Navieramar.
```

**Pg: 88 Ln: 19 - Pg: 89 Ln: 9**

**Annotation:**

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

```
88:19   Q.   In this email, Navieramar

    20   responded that port clearances for the USA or the

    21   Caribbean islands cannot be issued and recommended

    22   that CITGO advise a different next port of call in

    23   order to get port clearance; is that correct?

    24   A.   Yes.

    25   Q.   What did you understand that to

89: 1   mean?

     2   A.   Exactly what it says. They

     3   weren't going to get clearance to deliver the

     4   cargo to the US or the Caribbean.

     5   Q.   Did you have any understanding of

     6   why clearances to the USA or the Caribbean islands

     7   would not be issued?

     8   A.   I assumed due to the sanctions

     9   that were in place or coming into place.
```

**Pg: 90 Ln: 6 - 8**


**Annotation:**

```
90: 6   MR. MIKONI: Scott, can you please take

     7   this down, mark Exhibit 15 and present it to the

     8   witness.
```


**Pg: 90 Ln: 17 - 20**


**Annotation:**

```
90:17   Captain Ollerhead, do you recognize this

    18   email thread?

    19   A.   Yes, again, it's -- it has been

    20   reviewed previously.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

**Pg: 91 Ln: 12 - 15**

**Annotation:**

91:12   Q.    In this email Melody Wheeler again

    13   instructs the Gerd to depart Venezuelan waters; is

    14   that correct?

    15   A.    That's correct.

**Pg: 92 Ln: 23 - Pg: 94 Ln: 10**

**Annotation:**

92:23   MR. MIKONI: Scott, can you please

    24   scroll to the top of this exhibit.

    25   BY MR. MIKONI:

93: 1   Q.    This responding email is from a

     2   John E. Dalsvåg Knutsen, to several addresses

     3   including Ms. Wheeler and the Gerd Knutsen email

     4   address. Can you identify who John E. Dalsvåg is?

     5   A.    John E. Dalsvåg, John E. also

     6   known as John Einer is the owner's representative

     7   of -- the president of charter wing in Knutsen

     8   OAS, the ship's owners. ^check that answer

     9   Q.    And Dalsvåg wrote, generally, that

    10   if the Gerd complied with Ms. Wheeler's

    11   instructions it would put the vessel and her crew

    12   at high risk; is that correct?

    13   A.    That's correct.

    14   Q.    Did you have any understanding of

    15   what risk Mr. Dalsvåg was referencing?

    16   A.    Well, it would reference that the

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

        17   vessel would be sailing away from Venezuela

        18   without proper permissions and that would put us

        19   at risk of the local government stepping in to

        20   prevent this movement.

        21   Q.    Did you have any understanding of

        22   how the government might step in to prevent the

        23   Gerd's movement?

        24   A.    Well, you are looking at a

        25   Venezuelan government; it could have been

    94: 1   anything.

         2   Q.    When you say Venezuelan

         3   government, are you referring to the regime led by

         4   Nicolas Maduro?

         5   A.    Yes, the government run by Maduro

         6   at that point, at that time.

         7   Q.    And you say "could have been

         8   anything," did that include violence?

         9   A.    Well, yes, it could escalate to

        10   that, yes.


**Pg: 99 Ln: 9 - Pg: 100 Ln: 12**


    **Annotation:**

    99: 9   Q.    At this point in time you still

        10   had not received a bill of lading from PDVSA in

        11   connection with the Pedernales parcel; is that

        12   correct?

        13   A.    That's correct.

        14   Q.    Would you have any understanding

        15   why, after several weeks, the bill of lading had

        16   still not been produced?

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [11/15/2021] 11/15/2021 Ollerhead, Bart

```
      17    A.    Other than that they did not want

      18    the vessel to sail, so they wouldn't produce what

      19    was required for us to sail.

      20    Q.    And by "they" you mean PDVSA?

      21    A.    PDVSA and the local authorities,

      22    yes.

      23    Q.    Was it your understanding that the

      24    local authorities also did not what the vessel to

      25    sail; did I understand you correctly?

100:  1    A.    Well, I take it that the local

       2    authorities were responding to instructions given

       3    to them.

       4    Q.    Did you have any understanding of

       5    who those instructions were from?

       6    A.    It would have come from the

       7    government and/or PDVSA combined. I'm not really

       8    sure.

       9    Q.    And by "government," did you mean

      10    the Maduro regime or government?

      11    A.    Yes, the people on the ground in

      12    control at the time, yes.
```

**Pg: 109 Ln: 23 - Pg: 110 Ln: 9**


**Annotation:**

```
109:23   Q.    Did you have an understanding of

      24   why PDVSA's approval was necessary to secure

      25   permission for the ship to depart?

110:  1   A.    The PDVSA was the ones that were

       2   basically dictating if the ship should depart;

       3   PDVSA in general, with the government, I would
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [11/15/2021] 11/15/2021 Ollerhead, Bart

    4    say.

    5    Q.    You understood PDVSA in

    6    conjunction with the government to be dictating

    7    whether the ship could depart; is that right?

    8    A.    Yes, PDVSA being the state-owned

    9    oil company, yes.


**Pg: 111 Ln: 4 - 6**


    **Annotation:**

    111: 4    MR. MIKONI: Scott, would you please

        5    take this down, mark Exhibit 20, and present it to

        6    the witness.


**Pg: 112 Ln: 4 - 8**


    **Annotation:**

    112: 4    The emails on this first page are dated

        5    March 1st, 2019. As of March 1st, 2019 was the Gerd

        6    still waiting for clearance to depart Venezuelan

        7    waters?

        8    A.    Yes.


**Pg: 114 Ln: 3 - Pg: 115 Ln: 16**


    **Annotation:**

    114: 3    Q.    During the various conversations

        4    regarding securing clearance for the Gerd to

        5    depart between January 2019 and March 2019, were

        6    you ever informed about any dispute regarding the

        7    disposition of the DCO parcel?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

8     A.     No.

9     Q.     Had you received all paperwork

10    necessary in connection with the DCO parcel?

11    A.     Yes.

12    Q.     With respect to the Pedernales

13    parcel, the email states that CITGO provided a

14    correct and valid bill of lading for the

15    Pedernales to the agent on February 25th. Earlier

16    in the email it states that:

17    "The seller has not performed their duties to

18    provide paperwork for the smaller parcel of Pedernales

19    crude oil."

20    Did you understand those statements to be

21    correct?

22    A.     Yes, I would think so, yes.

23    Q.     As of March 1st, 2019 you had

24    still not received any bill of lading for the

25    Pedernales parcel from the PDVSA; is that correct?

115: 1    A.     That's correct.

2     Q.     In your experience as a ship's

3     master, had you ever waited more than a month from

4     the loading of a cargo to the receipt of a bill of

5     lading, other than in this instance?

6     A.     No.

7     Q.     Do you recall prior to this

8     scenario what the longest you had ever waited from

9     the completion of loading to receive a bill of

10    lading had been?

11    A.     No, I can't recall what the

12    longest would have been. A few days maybe.

13    Q.     Do you think it would have been

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [11/15/2021] 11/15/2021 Ollerhead, Bart

    14    less than a week?

    15    A.    Yes, most of the time. I would

    16    say yes, always less than a week.


**Pg: 120 Ln: 19 - Pg: 121 Ln: 13**


**Annotation:**

120:19    Q.    Did you expect the Maritime Police

    20    to send an armed vessel at your request?

    21    A.    Not necessarily an armed vessel,

    22    but an escort service.

    23    Q.    At any time while you were in

    24    command of the vessel, did anyone ever board the

    25    vessel while carrying firearms?

121: 1    A.    Yes.

    2    Q.    Could you please tell us the

    3    circumstances of that incident?

    4    A.    That would have been on any time

    5    that we done clearance, National Guard would have

    6    been on board with firearms.

    7    Q.    Did you ever see anyone draw their

    8    weapon, draw their firearm while on board the

    9    vessel?

    10    A.    No.

    11    Q.    Did you ever see anyone fire a

    12    weapon at any time?

    13    A.    No.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 9 Ln: 8 - 12**

**Annotation:**

```
 9: 8   VIDEOGRAPHER: The court reporter will

     9   now swear in the witness.

    10   WALLACE PARSONS,

    11   after having been duly affirmed/sworn

    12   was examined and testified as follows:
```

**Pg: 10 Ln: 11 - 13**

**Annotation:**

```
10:11   Captain Parsons, can you once again just

    12   state your full name for the record.

    13   A.   Wallace Bruce Carl Parsons.
```

**Pg: 14 Ln: 23 - Pg: 15 Ln: 1**

**Annotation:**

```
14:23   Q.   Can you please state your current

    24   employer and title.

    25   A.   Employer, Canship Ugland Ltd.,

15: 1   and I am a ship's master.
```

**Pg: 16 Ln: 7 - 9**

**Annotation:**

```
16: 7   Q.   How long have you served as the

     8   ship's master?

     9   A.   Full-time was April 2019.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace


**Pg: 37 Ln: 15 - Pg: 39 Ln: 5**


**Annotation:**

37:15    Q.    For the record, Exhibit 17 is a

    16    picture of a vessel, the side of which reads

    17    Knutsen OAS, and the stern of which reads Gerd

    18    Knutsen. There's a time stamp in the lower

    19    left-hand corner that dates the photo June 6,

    20    2009. I downloaded this image from an entry on

    21    www.shipspotting.com that purported to describe

    22    the Gerd Knutsen.

    23    Captain Parsons, could you please take a

    24    moment to look at the picture on your screen.

    25    A.    Okay.

38: 1    Q.    Do you recognize the ship in the

     2    photo?

     3    A.    Yes, I do.

     4    Q.    Is that the Gerd Knutsen?

     5    A.    Yes, it is.

     6    Q.    How do you know?

     7    A.    Besides the name, and just a

     8    general layout, I recognize the ship.

     9    Q.    Does the ship look any different

    10    in this picture from how it did when you served as

    11    the Gerd's master?

    12    A.    Slightly, yes.

    13    Q.    How so?

    14    A.    If you look just above the

    15    Knutsen OAS on the picture, you see the big orange

    16    structure with a column on it.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
  17   Q.    Yes.

  18   A.    That is no longer there. That

  19   was removed prior to me joining the vessel.

  20   Q.    Do you know what that structure

  21   is?

  22   A.    That is the VOC plant, if I'm not

  23   mistaken.

  24   Q.    I'm afraid I didn't quite hear

  25   what you said there.

39: 1   A.    The VOC plant, the V-O-C plant.

   2   Q.    Roughly how large of a ship is

   3   the Gerd Knutsen?

   4   A.    Approximately 900 feet long and

   5   approximately about 132 feet wide, approximately.
```

**Pg: 53 Ln: 9 - 20**

**Annotation:**

```
53: 9   Q.    Are any particular clearances

  10   usually required for the Gerd to leave a port of

  11   call?

  12   A.    To leave, yes, you are required

  13   to have outward clearance.

  14   Q.    What do you mean by outward

  15   clearance?

  16   A.    The local authorities would give

  17   you clearance or permission to depart.

  18   Q.    Is that process typical at any

  19   port of call?

  20   A.    Yes.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 54 Ln: 15 - 19**

**Annotation:**

```
54:15   Q.    How long does -- would those
    16   clearance processes usually take?
    17   A.    Hours to a day maybe, depending
    18   again what port you are in, and what is required
    19   for you to obtain your outward clearance.
```

**Pg: 56 Ln: 8 - Pg: 58 Ln: 6**

**Annotation:**

```
56: 8   Q.    Captain Parsons, earlier you had
     9   talked about how in response to security alerts
    10   you might undertake to harden the vessel; do you
    11   recall that?
    12   A.    Yes.
    13   Q.    And you mentioned a few different
    14   ideas there, and I would like to explore them in a
    15   little more detail. You mentioned razor wire.
    16   Can you explain what razor wire would be involved?
    17   A.    How it would be involved?
    18   Q.    Yes.
    19   A.    Typically you secure the razor
    20   wire around the upper deck level, around the
    21   perimeter of the ship, or the railings of the
    22   ship.
    23   Q.    So it would be installed around
    24   the ship's perimeter?
    25   A.    Yes. As a deterrent for any
57: 1   possible boardings or anyone trying to board the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
 2   vessel.
 3   Q.    Was the installation of razor
 4   wire required at any particular MARSEC level?
 5   A.    I don't -- I can't recall if it
 6   actually specifies the installation of razor wire.
 7   Q.    Do you recall if there was any
 8   particular MARSEC level in which you or the
 9   security officer would recommend the installation
10   of razor wire?
11   A.    Definitely MARSEC level three if
12   piracy was actually a security threat.
13   Q.    You also mentioned use of
14   firehoses. Can you explain what you meant by
15   that?
16   A.    Typically if you were transiting
17   through an area of known piracy, one of the
18   recommendations is mount firehoses to the ship's
19   rails, and have a continuous water stream maybe
20   crisscrossed all around the ship, again trying to
21   deter anybody from coming alongside.
22   Q.    And the Gerd didn't have any ship
23   mounted weapons, correct?
24   A.    That's correct.
25   Q.    No guns or anything like that?
58: 1   A.    No, no guns.
 2   Q.    And you also mentioned that the
 3   Gerd's security personnel would not carry
 4   firearms, correct?
 5   A.    That's correct, no firearms on
 6   board.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 66 Ln: 3 - 15**

**Annotation:**

66: 3    Q.    So just to recap then, let me

4    know if I have any of this wrong, your first

5    rotation on the Gerd was approximately April

6    through May of 2019; you had a second rotation on

7    the Gerd approximately late August 2019 through

8    the end of September 2019; you had a third

9    rotation late October 2019 through early December

10    2019; you had a fourth rotation from the last

11    week of January of 2020 through early March 2020;

12    and then a final rotation starting approximately

13    late May 2020 and ending in late June or early

14    July 2020. Is that correct?

15    A.    I do believe, yes, approximately.

**Pg: 66 Ln: 19 - Pg: 67 Ln: 2**

**Annotation:**

66:19    Q.    On your first rotation on the

20    Gerd, when it began in approximately April of

21    2019, do you recall how you travelled to board the

22    Gerd?

23    A.    Yes, I flew to Toronto and then

24    flew down to Trinidad.

25    Q.    And how did you get from Trinidad

67: 1    to the Gerd?

2    A.    A launch boat.

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 68 Ln: 1 - 16**

**Annotation:**

68: 1  Q.    And do you know what cargo the

2  Gerd was transporting at that time?

3  A.    Well, transport, she was on

4  anchor, but had had a -- she had a large quantity

5  of DCO and a very small parcel of Pedernales.

6  Q.    Can you explain what you mean for

7  the record by DCO?

8  A.    Diluted crude oil.

9  Q.    Were you aware at that time that

10  CITGO had chartered the Gerd to transport the

11  cargo?

12  A.    Yes.

13  Q.    How were you aware of that?

14  A.    During a handover Captain Corey

15  informed me, and the bills of lading received for

16  the DCO parcel, a copy was on board.

**Pg: 70 Ln: 3 - 16**

**Annotation:**

70: 3  Q.    What did Captain Herritt relay to

4  you regarding the status of the voyage?

5  A.    What exactly what he conveyed, I

6  wouldn't be able to recall, but vaguely was that

7  the vessel had loaded DCO in Puerta La Cruz, was

8  instructed to go into Güiria with a small parcel

9  of Pedernales, and after loading the Pedernales,

10  because of the sanctions, the vessel could not get

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
11   outward clearance to depart.

12   Q.    Okay. When you say because of

13   the sanctions, what sanctions are you referring

14   to?

15   A.    From my understanding it was

16   sanctions imposed by the U.S. on Venezuela.
```

**Pg: 72 Ln: 18 - Pg: 73 Ln: 10**

**Annotation:**

```
72:18   Q.    At the point at which you first

19   boarded the Gerd, April 2019, the Gerd had been

20   waiting to receive clearance as to depart for more

21   than two months, correct?

22   A.    Yes, she was waiting since the

23   end of January, and I joined in April, yes.

24   Q.    Had you ever previously served as

25   master for a ship that needed to wait several

73: 1   months to receive clearances to depart a port?

2   A.    No, I did not.

3   Q.    And have you since that time

4   served as master of a ship that took several

5   months or longer to receive clearance to depart a

6   port?

7   A.    No, I have not.

8   Q.    And this is the only time you

9   have been in that situation, correct?

10   A.    Yes.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 84 Ln: 13 - 15**

**Annotation:**

```
84:13   Q.    You returned to the Gerd

    14   approximately late October 2019, correct?

    15   A.    Approximately, yes.
```

**Pg: 85 Ln: 19 - 23**

**Annotation:**

```
85:19   Q.    Do you recall any PDVSA agents

    20   boarding the Gerd during this third rotation?

    21   A.    Yes. There was PDVSA reps came

    22   on board, I think it was towards the end of

    23   November.
```

**Pg: 88 Ln: 6 - 9**

**Annotation:**

```
88: 6   Q.    And your fourth rotation on the

     7   Gerd was the last week of January 2020 through

     8   early March of 2020 approximately, correct?

     9   A.    Correct.
```

**Pg: 89 Ln: 2 - Pg: 92 Ln: 25**

**Annotation:**

```
89: 2   Q.    Do you recall whether you

     3   witnessed any military presence around the Gerd

     4   during your fourth rotation?

     5   A.    The entire rotation?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

6    Q.    At any point during the rotation?

7    A.    Yes, yes, I can definitely say

8    during that rotation, yes.

9    Q.    What military presence did you

10   observe during that rotation?

11   A.    It was one of the Navy patrol

12   boats or gunships, whatever you want to you call

13   it. The name of her, I cannot remember.

14   Q.    Did that gunship approach the

15   Gerd?

16   A.    Not -- again, I --

17   Q.    I'm sorry, I didn't quite hear

18   you?

19   A.    It depends on the time frame.

20   They approached -- yes, there was a point when

21   they did approach and escort us out, so it depends

22   on how specific you want to get. But during the

23   normal patrols, they would do -- they would just

24   circle around, but they would never approach,

25   until somewhere around the first week of February,

90: 1   whenever it was they came to escort us out.

2    Q.    So you said during normal patrols

3    they would circle around. What do you mean by

4    that?

5    A.    It appeared that this gunship

6    started a routine patrol or semi-routine. She

7    would patrol around the Gulf of Paria, and I don't

8    know the frequency, but I would see she was always

9    around.

10   Q.    All right. And that patrol

11   wasn't taking place during your prior three

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

        12  rotations, correct?

        13  A.    Not that I recall. Not my -- not

        14  my rotations, no. Again, not that I recall.

        15  Q.    Of course. Do you recall whether

        16  the ship would patrol daily?

        17  A.    Frequency, no, no, I can't be

        18  specific.

        19  Q.    Okay. And can you ballpark it,

        20  was it more or less than once a week?

        21  A.    Again, I wouldn't be accurate.

        22  Like I said, I don't recall.

        23  Q.    But you recall it being a

        24  semi-regular patrol, correct?

        25  A.    Yes, we would frequently see her,

    91: 1  yes, yes.

         2  Q.    Approximately how far away from

         3  the Gerd would the ship remain during this

         4  semi-routine patrol?

         5  I'll ask that differently. About how

         6  close to the Gerd did the ship get during its

         7  closest point of patrol?

         8  A.    I do recall she came within three

         9  miles.

        10  Q.    And you have described that ship

        11  as a gunship. Do you recall witnessing the guns

        12  being pointed at the Gerd at any point in time?

        13  A.    No, no, I do not.

        14  Q.    During this rotation, did the

        15  Gerd remain at MARSEC one?

        16  A.    Yes, while we were in Güiria, we

        17  remained at MARSEC one. When we were in Jose or

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

18   Puerto La Cruz, we were still at MARSEC level one,

19   but we had heightened security measures put in

20   place.

21   Q.   What heightened security measures

22   did you put in place?

23   A.   We added extra razor wire, double

24   up the deck watches, round -- the deck was

25   continuously manned, rounds completed. There was

92: 1   a point where I changed from continuous rounds

2   where, because we had less people on board or

3   reduced crew, we locked down the entire ship and

4   the watchmen and the deck officers stayed on the

5   bridge to watch, and the Deck AB would do his

6   round once an hour.

7   Q.   Why did you increase security at

8   that time?

9   A.   Once we arrived at Jose, we were

10   all continuously receiving notices of boardings in

11   that area, so we increased our security measures

12   just as a precaution. And the last time the

13   vessel was in Puerto La Cruz, from my

14   understanding she was boarded, and so ship's

15   stores were stolen. So based on that, I would not

16   take any chances, so I increased our measures.

17   Q.   Do you recall approximately when

18   that incident you just described took place?

19   A.   The boarding?

20   Q.   Yes.

21   A.   I can't recall the date. I

22   can't -- yeah, I can't recall the exact date.

23   Q.   Was it part of this particular

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
24    shipment tour or a prior tour of the Gerd?

25    A.    That I don't recall off the top.
```

**Pg: 93 Ln: 1 - Pg: 94 Ln: 1**

**Annotation:**

```
93: 1    Q.    Now the Gerd did travel during

     2    your fourth rotation, correct?

     3    A.    Yes, unwillingly.

     4    Q.    What was that?

     5    A.    I said unwillingly.

     6    Q.    We'll get into the fine details

     7    later, but can you just explain in general the

     8    path the Gerd followed during this fourth

     9    rotation?

    10    A.    Path as in how we ended up from

    11    Güiria to Jose?

    12    Q.    Yes.

    13    A.    Basically within the first week

    14    or so of February, I was informed by the local

    15    agent that the local authorities will be coming on

    16    board with my outward clearance, where they would

    17    be directing me to sail to Jose/Puerto La Cruz,

    18    where they intended, or that they wanted me to

    19    discharge the cargo.

    20    Q.    And you said that you unwillingly

    21    submitted to those directions?

    22    A.    Well, we were kind of forced

    23    under our escort by the Navy, their local Navy.

    24    Q.    You were forced to do so by the

    25    local Navy?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
94: 1   A.    Yes.
```

**Pg: 94 Ln: 9 - 25**

**Annotation:**

```
94: 9   Q.    Did you eventually discharge
    10   the -- excuse me, did you eventually discharge the
    11   cargo from the Gerd during this rotation?
    12   A.    Yes, we did.
    13   Q.    And after the cargo was
    14   discharged, was the Gerd permitted to leave
    15   Venezuelan waters?
    16   A.    Once we discharged we received
    17   outward clearance, and the vessel departed for
    18   Aruba, yes.
    19   Q.    Did the vessel travel to Aruba at
    20   that time?
    21   A.    Yes, we did.
    22   Q.    You said that this rotation for
    23   you ended in early March 2020. Was the ship in
    24   Aruba when your rotation ended?
    25   A.    Yes, it was.
```

**Pg: 99 Ln: 9 - 11**

**Annotation:**

```
99: 9   Q.    Could the exhibit tech please
    10   mark document two as Exhibit 2., and place it up
    11   on the screen.
```

**Pg: 99 Ln: 21 - Pg: 100 Ln: 2**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Annotation:**

99:21   Q.   Captain Parsons, please just take

22   a moment to review this email thread and ask if

23   you need it to be scrolled down. I am going to

24   direct your attention ultimately to the bottom

25   email on the first page.

100: 1   A.   Okay, that's fine. I can

2   remember.

**Pg: 100 Ln: 5 - 23**

**Annotation:**

100: 5   Captain Parsons, do you recognize the

6   email that's at the bottom of this first

7   page here?

8   A.   Yes, I do.

9   Q.   And that's your signature at the

10   bottom of the first in time email of September 20,

11   2019?

12   A.   Correct.

13   Q.   And the subject line of this

14   email is "Gerd Knutsen -- Bunker Request,"

15   correct?

16   A.   Yes.

17   Q.   We talked a little bit about

18   bunker earlier. Could you reiterate what bunker

19   is?

20   A.   Fuel.

21   Q.   And specifically fuel for the

22   Gerd itself, right?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

       23   A.    Yes, correct.


**Pg: 101 Ln: 11 - Pg: 102 Ln: 1**


**Annotation:**

101:11   Q.    What was the situation regarding

       12   bunkers on the Gerd at this point in time?

       13   A.    We were running low on fuel and

       14   could not get any bunkers arranged to be

       15   delivered.

       16   Q.    Why were you running low on

       17   bunker?

       18   A.    We were consuming fuel every day.

       19   Q.    So because you were forced to

       20   wait out in the Venezuelan waters you were

       21   consuming bunker?

       22   A.    Yeah, the vessel consumes bunker

       23   every day just to run the generators. Every day

       24   we consume fuel just to keep the lights on,

       25   everything up and running. That's our power

102: 1   source, is from generators.


**Pg: 102 Ln: 24 - Pg: 103 Ln: 18**


**Annotation:**

102:24   Q.    Do you recall how close the Gerd

       25   was to running out of bunker at the time you sent

103: 1   this email?

        2   A.    Very close.

        3   Q.    What do you mean by very close?

        4   A.    I think it was calculated up to

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
 5   be around the -- maybe towards the end of
 6   September, early October, but it's always hard to
 7   precisely calculate that because the amount of
 8   fuel that you would calculate you don't take into
 9   consideration for sludge or any residuals that's
10   in the bottom the tank that's showing up at image,
11   but is actually not fuel, if that makes any sense.
12   Q.    It does. So it's a rough
13   approximation but at this point in time, the 20th
14   of September, 2019, the Gerd had enough bunker to
15   get maybe through the end of September, early
16   October?
17   A.    Yes, yes, if I recall correctly,
18   yes.
```

**Pg: 109 Ln: 15 - Pg: 110 Ln: 13**

**Annotation:**

```
109:15   Q.    To sum up my understanding of
    16   this incident then, in September 19 -- sorry,
    17   September 2019 you were aware that the Gerd was
    18   running out of bunker supply, correct?
    19   A.    Yes.
    20   Q.    And the Gerd needed bunker to
    21   remain operational, correct?
    22   A.    Yes.
    23   Q.    The bunker was low because of the
    24   Gerd's extended stay in Venezuelan waters waiting
    25   for permission to depart, correct?
110: 1   A.    Yes, correct.
     2   Q.    And there was difficulty securing
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
 3   bunker, and having it delivered to the Gerd in

 4   Venezuelan water, correct?

 5   A.    Yes, correct.

 6   Q.    But your understanding is that

 7   CITGO was able to purchase Gerd and ultimately

 8   arrange to have it delivered -- sorry, purchased

 9   bunker and ultimately arranged to have it

10   delivered to the Gerd, correct?

11   A.    Yes, previously purchased bunker,

12   whatever happened, yes, that ended up coming and

13   being delivered to the Gerd.
```

**Pg: 110 Ln: 20 - Pg: 111 Ln: 2**

**Annotation:**

```
110:20   Captain Parsons, during your third

    21   rotation on the Gerd you were master of the Gerd

    22   at the end of November and early December of 2019,

    23   correct?

    24   A.    Yes.

    25   Q.    Would the exhibit tech please

111: 1   mark document three as Exhibit 3, and place it up

     2   on the screen.
```

**Pg: 111 Ln: 25 - Pg: 112 Ln: 6**

**Annotation:**

```
111:25   Captain Parsons, do you recognize these

112: 1   documents?

     2   A.    Yes, I do.

     3   Q.    Okay. The bottom email on this
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

        4    page is a November 13th email from Oswaldo Vargas

        5    at a pdvsa.com email address; do you see that?

        6    A.    Yes, I do.


**Pg: 113 Ln: 11 - Pg: 114 Ln: 19**


**Annotation:**

113:11   Captain Parsons, what did you understand

     12    this email from Oswaldo Vargas to be?

     13    A.    What do you mean, like my

     14    understanding from the request?

     15    Q.    Yes. What did you understand

     16    this request to be?

     17    A.    Well, my understanding would be

     18    PDVSA hoping that I would proceed to Jose and

     19    discharge the cargo.

     20    Q.    And that's what is requested in

     21    that furthermore sentence, "Furthermore, you are

     22    requested to proceed to Terminal Jose to discharge

     23    cargo ASAP?"

     24    A.    Yeah.

     25    Q.    Okay. What is PDVSA in your

114: 1   understanding?

      2    A.    A government owned and operated

      3    oil I guess company.

      4    Q.    When you say government owned, do

      5    you mean the Venezuelan government?

      6    A.    Yes, I do.

      7    Q.    When PDVSA in this email

      8    requested you to proceed to Terminal Jose to

      9    discharge the cargo, did you understand them to be

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
10   requesting that you would discharge the cargo to

11   PDVSA?

12   A.   Yes.

13   Q.   At the time you received this

14   email, what was your understanding of PDVSA's

15   relationship to the cargo aboard the Gerd Knutsen?

16   A.   My understanding was they didn't

17   have any relationship with it. They didn't own

18   it. They were the -- they I guess sold the cargo

19   to CITGO.
```

**Pg: 115 Ln: 18 - Pg: 116 Ln: 10**


**Annotation:**

```
115:18   Q.   Okay. Now we discussed earlier

     19   that there was a political conflict between

     20   competing claims to the Venezuelan presidency. Do

     21   you recall that?

     22   A.   Yes.

     23   Q.   We have discussed the conflict

     24   between Nicolas Maduro's regime and Juan Guaidó's

     25   government, correct?

116: 1   A.   Correct.

      2   Q.   At the time you received this

      3   letter from PDVSA did you have an understanding of

      4   whether the Maduro regime or the Guaidó government

      5   was controlling PDVSA?

      6   A.   As far as I understood Maduro was

      7   controlling PDVSA.

      8   Q.   So you understood this to be a

      9   request from the Maduro version of PDVSA, correct?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    10   A.    That was my thought, yes.
```

**Pg: 116 Ln: 18 - Pg: 117 Ln: 2**

**Annotation:**

```
116:18   Q.    Now you did not follow this order
    19   to discharge the cargo, correct?
    20   A.    No, I did not.
    21   Q.    Why not?
    22   A.    Because PDVSA is not the
    23   charterer.
    24   Q.    So you didn't understand PDVSA to
    25   have any authority to make these instructions; is
117: 1   that correct?
     2   A.    Not to the best of my knowledge.
```

**Pg: 117 Ln: 17 - 19**

**Annotation:**

```
117:17     Scott, can you please mark
    18   document four as Exhibit 4 and put it up on the
    19   screen.
```

**Pg: 118 Ln: 17 - Pg: 119 Ln: 2**

**Annotation:**

```
118:17   Captain Parsons, do you recognize the
    18   bottom two emails in this email thread?
    19   A.    Yes, I do.
    20   Q.    This email that's on the screen
    21   right now with the page number ended 26, it's an
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
        22   email you received from Karl Schmidt at CITGO,

        23   correct?

        24   A.    Correct.

        25   Q.    It's addressed to you at the top,

    119: 1   Mr. Parsons, correct?

         2   A.    Correct.
```

**Pg: 119 Ln: 10 - 18**

**Annotation:**

```
    119:10   And this email in response you sent,

        11   correct?

        12   A.    Yes.

        13   Q.    And that's your signature at the

        14   bottom of the page, correct?

        15   A.    That's correct.

        16   Q.    These two e-mails are dated

        17   November 29th, 2019, correct?

        18   A.    Correct.
```

**Pg: 120 Ln: 18 - Pg: 121 Ln: 10**

**Annotation:**

```
    120:18   Captain Parsons, in this email dated

        19   November 29th, Karl Schmidt writes:

        20   "Thank you for passing on the

        21   letter you received from PDVSA

        22   today. Can you please provide some

        23   more information with regards to

        24   this. Who all came to visit the

        25   Gerd Knutsen today?"
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
121: 1    Do you recall the visit that Mr. Schmidt

     2    is referencing in this email?

     3    A.    Vaguely, yes.

     4    Q.    Vaguely. Do you recall receiving

     5    a letter from PDVSA on or around November 29,

     6    2019?

     7    A.    Yes, I did receive a letter.

     8    Q.    Scott, can you please mark

     9    document six as Exhibit 6, and place that up on

    10    the screen for a moment.
```

**Pg: 122 Ln: 12 - Pg: 123 Ln: 4**

**Annotation:**

```
122:12    Captain Parsons, starting with this

    13    first page of the exhibit, do you recognize this

    14    letter?

    15    A.    I do, yes.

    16    Q.    Is that your signature on the

    17    bottom right corner?

    18    A.    It is, yes.

    19    Q.    And is this the letter that in

    20    the Exhibit 4 that we were just reviewing, the

    21    email from Karl Schmidt thanking you for sending

    22    along the letter, is this the letter referred to

    23    in that exhibit?

    24    A.    I can't confirm, but given the

    25    dates I would say yes.

123: 1    Q.    Given the dates you believe this

     2    to be the letter that you forwarded to Karl

     3    Schmidt, correct?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    4   A.    Yes, I do.
```

**Pg: 123 Ln: 15 - Pg: 124 Ln: 14**

**Annotation:**

```
123:15  Q.    Did you understand the content of

    16   this letter when you received it?

    17   A.    Not when I received it, but vague

    18   information from I think it was the local agent

    19   was passed along, but no other understanding.

    20   Only from what I was told.

    21   Q.    Okay. You weren't provided with

    22   an English translation of the letter when you

    23   received it in November 2019, correct?

    24   A.    No, no.

    25   Q.    And you didn't have anybody

124: 1   aboard the Gerd who could translate the letter,

    2   correct?

    3   A.    No, I did not.

    4   Q.    Have you ever reviewed an English

    5   translation of this letter prior to receiving

    6   exhibits in connection with our deposition today?

    7   A.    Yes, I received the English

    8   version on board.

    9   Q.    When did you receive an English

    10   version on board?

    11   A.    That I do not recall.

    12   Q.    Okay. Do you recall who sent you

    13   an English version?

    14   A.    That I do not recall either.
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 124 Ln: 20 - Pg: 126 Ln: 16**

**Annotation:**

124:20    Captain Parsons, the email on your

     21    screen now should be the email that you sent

     22    Mr. Schmidt in response on November 29th, 2019; is

     23    that correct?

     24    A.    Correct.

     25    Q.    Can you please read the first

125: 1    sentence of that email out loud.

      2    A.     .

      3    "Good day, Mr. Schmidt. The local

      4    Navieramar agent came aboard with a

      5    PDVSA lawyer and from what I can

      6    gather a PDVSA representative."

      7    Q.    What is Navieramar?

      8    A.    That is the local agency in

      9    Venezuela.

     10    Q.    By local agency, what do you

     11    mean?

     12    A.    The ship's agent.

     13    Q.    What role did they play?

     14    A.    They were appointed by the

     15    charterer, CITGO, and ship's agent they look after

     16    all I guess ship's required with regard to

     17    documents, anything that needs to be looked after

     18    for the vessel during the port call.

     19    Q.    Okay.

     20    A.    They make the arrangements.

     21    Q.    Was Navieramar involved with the

     22    effort to receive clearances to depart Venezuela?

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
    23   A.    Yes, all requests for -- from the

    24   vessel requesting for them to organize outward

    25   clearance went to them, yes.

126: 1   Q.    Okay. So you stated in this

     2   email that Navieramar agent came board the Gerd,

     3   correct?

     4   A.    Correct.

     5   Q.    And that was on or about

     6   November 28, 2019; is that right?

     7   A.    According to the date, yes,

     8   that's correct.

     9   Q.    And they came aboard with a PDVSA

    10   lawyer, and from what you could gather, a PDVSA

    11   representative; is that correct?

    12   A.    Correct.

    13   Q.    Once again, is this your

    14   understanding that these were from the version of

    15   PDVSA controlled by Maduro?

    16   A.    Correct.
```

**Pg: 127 Ln: 19 - 23**

**Annotation:**

```
127:19   Q.    When the PDVSA lawyer and

    20   representative boarded the Gerd, did they present

    21   you with the letter?

    22   A.    Yes, it would have came to me,

    23   yes, yes.
```

**Pg: 129 Ln: 2 - 19**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Annotation:**

```
129: 2   Q.   No idea, that's fine. Okay, can
      3   you read the I believe it's the third sentence of
      4   this email out loud. It begins, "From what was
      5   translated to me..."
      6   A.    .
      7   "From what was translated to me
      8   they informed me that it was just a
      9   notification letter stating that
     10   based on a conversation or
     11   correspondence between CITGO and
     12   PDVSA on June 6th, where CITGO
     13   indicated they did not want the
     14   cargo anymore, including the DCO
     15   based on contract number 34004276,
     16   that PDVSA is now the owners of all
     17   of the cargo on board and that
     18   further instructions and documents
     19   will be given later."
```

**Pg: 130 Ln: 7 - Pg: 131 Ln: 1**


**Annotation:**

```
130: 7   Q.   Okay. But suffice to say based
      8   on this meeting it was your understanding that
      9   they were indicating to you that CITGO didn't want
     10   the cargo anymore, correct?
     11   A.   Correct.
     12   Q.   And they were indicating to you
     13   that PDVSA was now the owner of the cargo,
     14   correct?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
15   A.   Correct.

16   Q.   And by that, that means the

17   Maduro PDVSA, correct?

18   A.   Correct.

19   Q.   Did you understand any of that to

20   be true?

21   A.   No.

22   Q.   What was your basis for not

23   believing that?

24   A.   Because CITGO, as charterer, did

25   not inform the vessel of such a meeting or

131: 1   conclusion.
```

**Pg: 136 Ln: 19 - 21**

**Annotation:**

```
136:19   Q.   Scott, could you please mark

20   document seven as Exhibit 7, and place it up on

21   the screen.
```

**Pg: 137 Ln: 13 - Pg: 138 Ln: 18**

**Annotation:**

```
137:13   Captain Parsons, do you recognize the

14   bottom two emails in this email thread?

15   A.   I do, yes.

16   Q.   And they are both signed by you,

17   correct?

18   A.   Correct.

19   Q.   I would like you to focus for now

20   on the email that's at the centre of the screen
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

21    from February 7, 2020, at 10:43 a.m.

22    A.    All right.

23    Q.    Did you send this email?

24    A.    Yes, I did.

25    Q.    Can you please read this email

138: 1    into the record.

2    A.    .

3    "Good day, Melody. I currently

4    have the PDVSA reps, agent and INEA

5    rep on board who have informed me

6    that tomorrow the Port Authorities

7    will come tomorrow to issues

8    outward clearance for me to sail to

9    Puerto La Cruz to discharge

10    immediately. According to them

11    this is based on the court order

12    given to the vessel back in

13    December. Please advise how I am

14    to proceed."

15    Q.    Thank you. Do you recall this

16    incident where PDVSA reps, agent and INEA rep

17    boarded the Gerd on February the 7th?

18    A.    Yes, I do.


**Pg: 139 Ln: 11 - Pg: 140 Ln: 2**


**Annotation:**

139:11    Q.    Do you recall how many PDVSA reps

12    boarded the Gerd on February 7th?

13    A.    No, I do not.

14    Q.    Could you approximate?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

        15   A.    Probably wouldn't be very

        16   accurate.

        17   Q.    That's fine. When you said there

        18   was an agent on board, what do you mean by agent?

        19   A.    The local agent, Navieramar

        20   agent.

        21   Q.    And you mentioned an INEA rep.

        22   Can you explain what INEA is?

        23   A.    It's one of their local marine

        24   police.

        25   Q.    Did you say marine police?

   140: 1   A.    Marine police, yeah. One of the

        2   local marine authorities.


**Pg: 140 Ln: 9 - 24**


**Annotation:**

   140: 9   Q.    You wrote that they informed you

        10   that the port authorities would issue outward

        11   clearance for you to sail to Puerto La Cruz to

        12   discharge the cargo, correct?

        13   A.    Correct.

        14   Q.    By the port authorities, what do

        15   you mean?

        16   A.    The local harbourmaster would be

        17   the authority to issue the outward clearance.

        18   Q.    By discharge immediately in this

        19   email, did you mean discharge the cargo?

        20   A.    That's what they requested me to

        21   do, yes.

        22   Q.    Was that a request to discharge

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
23    the cargo to PDVSA?

24    A.    Yes.
```

**Pg: 141 Ln: 9 - Pg: 142 Ln: 2**

**Annotation:**

```
141: 9    Q.    Was anything else about these

     10    circumstances different in February 7 from the

     11    circumstances in which you were instructed to

     12    discharge the cargo in November of 2019?

     13    A.    At the time of this email, no.

     14    Shortly after, yes.

     15    Q.    What happened shortly after?

     16    A.    I was informed that the Navy

     17    would be -- that I would have to leave, and that I

     18    would be escorted under armed guard with the Navy,

     19    and that I had to leave, no issues.

     20    Q.    Do you recall who informed you

     21    that you had to leave?

     22    A.    It was conveyed through the

     23    agent.

     24    Q.    Scott, could you please take this

     25    document down, and if you could please mark

142: 1    document 13 as Exhibit 13, and place that up on

      2    the screen. For the record, Exhibit 13 is an
```

**Pg: 142 Ln: 22 - Pg: 143 Ln: 5**

**Annotation:**

```
142:22    Q.    Have you finished reviewing the

     23    document, Captain Parsons?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
        24   A.    Yes, I have.

        25   Q.    Do you recognize this email

143: 1  thread?

         2   A.    Yes, I do.

         3   Q.    You signed several of the emails

         4   in this thread, correct?

         5   A.    Correct.
```

**Pg: 143 Ln: 9 - Pg: 144 Ln: 1**


**Annotation:**

```
143: 9  Captain Parsons, do you recall receiving

        10   the email that's displayed on the screen dated

        11   February 8, 2020?

        12   A.    Yes, I do.

        13   Q.    Is this the notification that you

        14   mentioned a moment ago when you received word from

        15   Navieramar that the Venezuela Navy would escort

        16   your ship?

        17   A.    I'm not sure if that was the

        18   actual notification, but if I recall correctly,

        19   it's later in the day I was informed by the agent

        20   verbally first.

        21   Q.    You recall being informed

        22   verbally?

        23   A.    Yes.

        24   Q.    And do you recall receiving this

        25   email?

144: 1  A.    This one, yes.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 144 Ln: 5 - 14**

**Annotation:**

```
144: 5   Q.    Scott, can you please flip back

      6   to Exhibit 7. Thank you.

      7   So, Captain Parsons, to focus again on

      8   February 7th, when the PDVSA reps and others

      9   boarded the Gerd. At that point in time did you

     10   intend to follow their instructions to travel to

     11   Puerto La Cruz and discharge the cargo?

     12   A.    If the time frame was there, with

     13   no instruction of the Navy arms -- being armed and

     14   making me leave, no.
```

**Pg: 145 Ln: 23 - 25**

**Annotation:**

```
145:23   Could you please mark document

     24   number nine as Exhibit 9, and please place it up

     25   on the screen. Thank you.
```

**Pg: 146 Ln: 18 - 23**

**Annotation:**

```
146:18   Captain Parsons, do you recognize this

     19   email thread?

     20   A.    Yes, I do.

     21   Q.    Okay. You signed several of the

     22   e-mails in it, correct?

     23   A.    Correct.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 150 Ln: 1 - 5**

**Annotation:**

150: 1   Could you refer to

      2   the e-mail at the top of your screen right now

      3   from Jorge -- and I may mispronounce this --

      4   Elkhtiar. Do you recall receiving this email?

      5   A.    Yes.

**Pg: 150 Ln: 19 - Pg: 151 Ln: 25**

**Annotation:**

150:19   Mr. Elkhtiar asked you to

      20   provide him with a copy of the documents that were

      21   delivered on board from the PDVSA legal

      22   department; is that right?

      23   A.    Yes, that's correct.

      24   Q.    Were those documents that were

      25   given to you when the Gerd was boarded on

151: 1   February 7th?

      2   A.    I would make the assumption as to

      3   yes.

      4   Q.    Do you recall those documents?

      5   A.    Not off the top of my head, no.

      6   Q.    Scott, can you please scroll up

      7   to the prior email.

      8   Captain Parsons, do you see the email on

      9   the bottom of your screen right now dated

      10   February 7th, 2020 at 12:20 p.m.?

      11   A.    I do, yeah.

      12   Q.    And you sent this email, correct?

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [9/20/2021] 09/20/2021 Parsons, Wallace

```
13   A.    Correct.

14   Q.    Can you please just read that

15   email into the record.

16   A.    "Hi Jorge, please see attached

17   letter received today."

18   Q.    Do you recall whether the letter

19   that you attached to this email or the documents

20   that you received from the party that boarded the

21   Gerd on February 7th?

22   A.    I don't recall.

23   Q.    Scott, can you please take this

24   down for a moment, and then mark document ten as

25   Exhibit 10, put that up on on the screen.
```

**Pg: 152 Ln: 14 - Pg: 153 Ln: 13**

**Annotation:**

```
152:14   Q.    Captain Parsons, do you recognize

15   this document?

16   A.    I do, yes.

17   Q.    And is that your signature at the

18   bottom left of the second page?

19   A.    It is, yes.

20   Q.    Do you recall whether this is the

21   letter that you referred to in the email that we

22   just reviewed as Exhibit 9?

23   A.    I do not recall, sorry.

24   Q.    Do you recall whether how you

25   received this letter?

153: 1   A.    No, I don't, no.

2   Q.    Do you recall whether this letter
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
3    was a document that you received from the party

4    that boarded the Gerd on February 7th?

5    A.    No, I do not recall.

6    Q.    Do you recall whether you have

7    ever seen an English language translation of this

8    document?

9    A.    I don't recall, but I'm sure I

10   did.

11   Q.    Scott, can you please take this

12   down and bring up document 11, please mark that as

13   Exhibit 11.
```

**Pg: 154 Ln: 4 - 11**


**Annotation:**

```
154: 4   Captain Parsons, I'll represent to you

5    this is an English language translation of

6    Exhibit 10, it was found -- produced contiguous as

7    Exhibit 10 in CITGO's files. Do you recall

8    whether you ever reviewed either this translation

9    or a similar translation?

10   A.    I don't recall, but like I said,

11   there's a good chance, yes, I did.
```


**Pg: 159 Ln: 6 - Pg: 160 Ln: 19**


**Annotation:**

```
159: 6   Q.    You ultimately did receive the

7    clearances to travel to Jose, correct?

8    A.    Yes.

9    Q.    And you ultimately followed those
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
10    instructions and travelled the Gerd to Jose,

11    correct?

12    A.    Correct.

13    Q.    Why did you ultimately accede to

14    these instructions?

15    A.    Because the local Navy ordered me

16    to do so.

17    Q.    Did you understand those

18    instructions to be to travel to Jose in order to

19    discharge the cargo?

20    A.    They instructed me to sale to

21    Jose, that there was no -- the Navy didn't tell me

22    to discharge the cargo. The Navy told me that I

23    had to sail to Jose.

24    Q.    Were you separately told to

25    discharge the cargo in Jose?

160: 1   A.    In Jose, yes.

2    Q.    Did you travel to Jose with the

3    military escort by the Venezuelan Navy?

4    A.    Yes, I did.

5    Q.    Did you ever previously have a

6    military escort on a ship that you were a master

7    of?

8    A.    No.

9    Q.    Have you ever heard of military

10    escorts being required while a ship was in

11    transit?

12    A.    No.

13    Q.    Do you have any understanding of

14    why the Venezuelan Navy was involved in this

15    particular transit?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
16   A.    No, I do not.

17   Q.    Please take this document down,

18   Scott, and I ask you to mark document 14 as

19   Exhibit 14 and put it up on screen.
```

**Pg: 161 Ln: 17 - Pg: 163 Ln: 10**

**Annotation:**

```
161:17   Captain Parsons, do you recognize these

    18   letters?

    19   A.    I do.

    20   Q.    That's your signature at the

    21   bottom of each page, right?

    22   A.    Correct.

    23   Q.    Did you prepare these letters of

    24   protest?

    25   A.    I did.

162: 1   Q.    What is a letter of protest?

     2   A.    It is a letter or a statement

     3   from, well, it would be myself, stating any --

     4   it's basically a letter -- here it's basically a

     5   letter saying that we do not -- or I do not agree

     6   or the owner's agree with what is happening. It

     7   goes -- like here, if you read the description, it

     8   says:

     9   "Vessel ordered to sail by local

    10   authorities accompanied by the

    11   Venezuelan Navy in contradiction to

    12   current cargo documents and time

    13   charterer's orders."

    14   It's just saying that I note that this
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
15    is happening and really it's kind of out of my

16    control.

17    Q.    Okay. Is it normal to prepare a

18    letter of protest in connection with the voyage?

19    A.    Yes, we do letter of protests

20    often.

21    Q.    You have previously done letters

22    of protest in connection with other voyages; is

23    that right?

24    A.    Yes, correct.

25    Q.    And what purpose does the letter

163: 1    of protest serve for you?

2    A.    I guess it's a form of legal

3    protection.

4    Q.    Do you recall whether you were

5    instructed to prepare these specific letters of

6    protest?

7    A.    I issued these on my own accord,

8    but after it was done when I was talking to the

9    ship's owners they just confirmed or had me

10    confirm that I did note protest.
```

**Pg: 163 Ln: 18 - Pg: 171 Ln: 2**

**Annotation:**

```
163:18    Q.    And you already read this out

19    loud. You wrote in the letter that the vessel was

20    ordered to sail by local authorities accompanied

21    by the Venezuelan Navy. Have you ever previously

22    been ordered to sail by local authorities in

23    connection with any of your services as a master
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    24   on other vessels?
    25   A.    No.
164: 1   Q.    Have you ever since been ordered
     2   to set sail by local authorities in connection
     3   with your services as master on any vessel?
     4   A.    No.
     5   Q.    You state in this letter that you
     6   were accompanied by the Venezuelan Navy. This may
     7   be a silly question, but how do you know that the
     8   ship that accompanied you is a Venezuelan Navy
     9   ship?
    10   A.    When I Google searched her, she
    11   showed up as a local Navy ship, and she had the
    12   markings and a machine gun, so one would be led to
    13   believe that it was a Navy ship.
    14   Q.    When the ship accompanied the
    15   Gerd, approximately how close did it remain to the
    16   Gerd?
    17   A.    Within a mile, a mile and a half
    18   mile.
    19   Q.    Was it just one gunship?
    20   A.    Yes.
    21   Q.    Do you recall whether its guns
    22   were facing the Gerd while they were in travel?
    23   A.    No, it was just facing ahead. At
    24   any point if they did direct it at the Gerd, I
    25   wouldn't know.
165: 1   Q.    Was the Gerd at any time boarded
     2   by members of the Venezuelan Navy to your
     3   knowledge?
     4   A.    Yes, the Navy was on board prior
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

         5    to departure.
         6    Q.     Okay. Will you explain how that
         7    happened, when did they board?
         8    A.     If I remember correctly, it was
         9    the morning that we departed all representatives
        10    came on board, issued outward clearance prior to
        11    departing.
        12    Q.     Do you remember what day you
        13    departed?
        14    A.     It was the 9th of February. We
        15    departed on the ninth and arrived in Jose on the
        16    eleventh, if I remember correctly.
        17    [Reporter's query]
        18    THE WITNESS: Departed Güiria on the
        19    ninth and arrived in Jose on the
        20    eleventh, I do believe.
        21    BY MR. MIKONI:
        22    Q.     Do you recall approximately how
        23    many persons boarded the Gerd on the ninth?
        24    A.     No, I do not know.
        25    Q.     No. Do you recall approximately
    166: 1    how many military members boarded the Gerd on the
         2    ninth?
         3    A.     No. I can't, no.
         4    Q.     That's fine.
         5    A.     More than one.
         6    Q.     Do you recall whether the
         7    military personnel were armed when they board the
         8    Gerd?
         9    A.     Yes, they were.
        10    Q.     What sort of weapons were they

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

11    carrying?

12    A.    On board, handguns.

13    Q.    Do you recall whether their

14    handguns were holstered?

15    A.    Yes, they were in a holster,

16    yeah.

17    Q.    Do you recall whether any member

18    of the Venezuelan Navy drew their firearm while on

19    board the Gerd?

20    A.    No, they did not.

21    Q.    Other than the military, who else

22    boarded the Gerd on February 9th?

23    A.    I can't recall all of, but there

24    were members of the INEA, National Guard, Customs

25    as well I do believe. Yeah, anybody else, I don't

167: 1    recall anyone else.

2    Q.    Okay. Do you recall whether any

3    PDVSA representatives boarded the Gerd on

4    February 9th?

5    A.    I don't recall, but I would

6    imagine, yes.

7    Q.    Do you recall whether any

8    Navieramar agent boarded the Gerd on February 9th?

9    A.    Yes, he did most definitely.

10    Q.    Do you recall which agent?

11    A.    Igor.

12    Q.    And do you recall whether the

13    INEA person or persons who boarded the Gerd on

14    February 9th were armed?

15    A.    I do not recall. I don't recall.

16    Q.    Do you recall whether the

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

17  National Guard person or persons who boarded the

18  Gerd on February 9th were armed?

19  A.    I don't recall. Typically they

20  were not. National Guard typically boarded, those

21  individuals were not armed, but at this time -- at

22  that time, I can't say for sure.

23  Q.    And when those individuals

24  boarded the Gerd on February 9th, did they give

25  you any instructions?

168: 1  A.    They never gave me any

2  instructions directly, no.

3  Q.    Okay.

4  A.    They translated via the agent.

5  Q.    What instructions were translated

6  to you via the agent?

7  A.    If I remember quite correctly,

8  that would -- they were ordering us to sail to

9  Jose.

10  Q.    That was the order to sail to

11  Jose?

12  A.    Order to sail to Jose, they

13  issued the -- they had the outward clearance, and

14  they kept saying it was based on a court

15  document -- I can't -- whatever date was on it,

16  but I think it was the one they allowed or

17  proclaimed to have issued back in December.

18  Q.    Do you recall approximately how

19  long they remained on board on February 9th?

20  A.    No, I don't recall.

21  Q.    After they departed the Gerd, is

22  that when you began travel to Jose?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    23   A.    Once the process, once it was --
    24   once they said we had to leave, yes, the process
    25   started.
169: 1   Q.    How long did that process of
     2   getting the boat started take?
     3   A.    It's usually an hour notice to
     4   the engine room to prepare, and same for the
     5   bridge. If I recall correctly, I asked -- I told
     6   them it would be longer because the vessel was on
     7   anchor for so long, and exact times I wouldn't be
     8   able to speak to.
     9   Q.    Captain Parsons, I would like you
    10   to look again at Exhibit 14 on the screen. You
    11   wrote that the order to sail was in contradiction
    12   to current cargo documents. Can you explain what
    13   you meant by that?
    14   A.    Bills of lading.
    15   Q.    Can you elaborate?
    16   A.    The bills of lading were issued
    17   stating that the cargo was transferred from PDVSA
    18   to CITGO for the DCO.
    19   Q.    And so how did the current orders
    20   contradict those cargo documents?
    21   A.    They were saying that PDVSA was
    22   the owner and they wanted us to sail to discharge.
    23   Q.    You also wrote that the order to
    24   sail contradicted the time charterer's orders.
    25   Can you explain what you meant by that?
170: 1   A.    As CITGO was the time charterer,
     2   their orders were not for the vessel to sail to
     3   Jose.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
     4   Q.    At that point in time, what were
     5   your orders from the time charterers?
     6   A.    The voyage instructions at that
     7   point was still to discharge in Aruba, if I
     8   remember correctly.
     9   Q.    But you never received clearances
    10   that would allow you to take that journey; is that
    11   right?
    12   A.    That's correct.
    13   Q.    How long did it take to travel
    14   from where the Gerd was anchored to Jose terminal?
    15   A.    I think it was two days. I think
    16   we left on the ninth and arrived on the eleventh.
    17   Q.    What happened when you arrived at
    18   Jose terminal?
    19   A.    Went to -- well, we didn't go to
    20   the terminal. We went to anchorage.
    21   Q.    What do you mean by went to
    22   anchorage?
    23   A.    The vessel went to anchor.
    24   There's a designated anchorage area, and that's
    25   where the vessel went for arrival. We had a port
171: 1   state control inspection and we had more
     2   representatives afterwards come on board.
```

**Pg: 171 Ln: 18 - Pg: 172 Ln: 5**


**Annotation:**

```
171:18   Q.    Then did I hear you correctly
    19   that the ship was then boarded by other
    20   representatives?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    21   A.    Yes, yes.

    22   Q.    Who boarded the ship at that

    23   time?

    24   A.    It was PDVSA representatives. I

    25   believe there was National Guard as well.

172: 1   Q.    Do you recall whether any members

     2   of the Venezuelan Navy boarded the ship at this

     3   time?

     4   A.    I don't think they boarded at

     5   that time. I don't think so.
```

**Pg: 172 Ln: 12 - Pg: 173 Ln: 17**


**Annotation:**

```
172:12   Q.    And did the PDVSA reps give you

    13   any instruction at this time?

    14   A.    Yes, they wanted me to discharge

    15   the cargo.

    16   Q.    Did you follow those

    17   instructions?

    18   A.    At that point, no.

    19   Q.    Why not?

    20   A.    Because CITGO, as owners of the

    21   cargo, had not instructed me to do so.

    22   Q.    You did ultimately discharge the

    23   cargo at Jose terminal; is that correct?

    24   A.    That is correct.

    25   Q.    What changed between that point

173: 1   in time to the point of discharge such that --

     2   A.    I --

     3   Q.    -- you determined that it was
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
 4    necessary to discharge the cargo?

 5    A.    I can't recall the timeline.

 6    Within I guess a few hours, or whenever it was, we

 7    received the court document in Spanish that I

 8    forwarded off to I think it was CITGO, the owners,

 9    and the lawyers. I had it translated to English,

10    and once it came back, it came back as a court

11    order from the Venezuelan courts, if I'm not

12    mistaken, ordering me to discharge the cargo, and

13    stating that if I didn't discharge the cargo I

14    would be held I guess accountable and susceptible

15    to the full extent of their laws. But that being

16    a court document and legal terms, that is just my

17    basic I guess sort of layman's terms of it.
```

**Pg: 175 Ln: 24 - Pg: 176 Ln: 24**

**Annotation:**

```
175:24  Q.    Okay. I understand that you are

    25  not versed in legal particulars, but can you

176: 1  explain to me what you understood this order to

     2  require?

     3  A.    What was -- from what I can

     4  remember, it was basically that it was ordering me

     5  to discharge the DCO parcel, the 943,449 barrels,

     6  and the Pedernales of 21,574 barrels.

     7  Q.    And did you understand that you

     8  were ordered to discharge that cargo to PDVSA?

     9  A.    Yes.

    10  Q.    Did you have any understanding of

    11  why you were being ordered to discharge the cargo
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

    12    to PDVSA?

    13    A.    No.

    14    Q.    All right. But it was based on

    15    your receipt of this order that you determined it

    16    was necessary to discharge the cargo at Port Jose;

    17    is that correct?

    18    A.    It was determined by the ship

    19    owners that, yes, and myself obviously.

    20    Q.    How did you discuss this matter

    21    with the ship's owners?

    22    A.    The Spanish version was emailed

    23    to them, translated, lawyers read it, conveyed

    24    what was meant, and decision made.


**Pg: 177 Ln: 21 - Pg: 178 Ln: 17**


**Annotation:**

177:21    Q.    Who oversaw the discharge

    22    process?

    23    A.    As shore -- someone from shore

    24    or on board?

    25    Q.    Sorry, on board who was

178: 1    responsible for the discharge process?

     2    A.    The chief officer.

     3    Q.    Sorry, the chief officer oversaw

     4    it from the Gerd?

     5    A.    Yes, he was responsible.

     6    Q.    And who at shore?

     7    A.    From shore, each terminal has a

     8    loading master, they call it. They would be on

     9    board routinely checking.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
10   Q.    So they would board the Gerd; is

11   that right?

12   A.    Yes, that's correct. And the

13   National Guard was always coming in and siphoning

14   themselves through.

15   Q.    And was that continuous

16   throughout the approximately two weeks it took to

17   discharge the cargo?
```

**Pg: 216 Ln: 1 - 17**

**Annotation:**

```
216: 1   Q.    Looking at those and looking at

     2   the overall length of your vessel, how long would

     3   you approximate those tugs to be?

     4   A.    Thirty metres, probably 30

     5   metres. But the length of tug don't indicate its

     6   strength or power or bollard pull.

     7   Q.    I understand that. Bear with me.

     8   Now do you remember the name of the patrol boat?

     9   I think you referred to it as a gunship.

    10   A.    Not off the top of my head, no, I

    11   don't recall.

    12   Q.    The name Cormoran ring a bell?

    13   I'm sorry, Cormoran -- C-O-R-M-O-R-A-N.

    14   A.    The Cormoran, yes, I do.

    15   Q.    Is that the patrol boat?

    16   A.    It sounded like it, but like I

    17   said, I can't confirm.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

**Pg: 217 Ln: 16 - Pg: 223 Ln: 13**

**Annotation:**

217:16  Q.    Okay, if we can scroll down the

17  bottom half, there we go. Actually scroll up a

18  little bit more so we can get a little more the

19  next day. No, the other way. That will do it.

20  And actually, Captain, in fairness to

21  you, this is your email but you may not have seen

22  it for a while, so I'm going to ask Scott to

23  scroll at your direction so that you can review it

24  before I ask you a few questions about it.

25  MR. ADLER: I don't know if anyone can

218: 1  see that very well. It a little far

2  zoomed out. Could we go slowly through.

3  BY MR. WOODS:

4  Q.    Yes, direct Scott as you will.

5  It's fine with me if you need to blow it up more,

6  go ahead. And this is no element of surprise,

7  here, I let you look at the whole thing. Scott,

8  why don't you go ahead and scroll with the

9  witness' direction.

10  A.    You can scroll. Okay, okay,

11  okay, okay, okay, okay. Just scroll up a little

12  bit, a little more, a little more. Okay, okay,

13  I'm good.

14  Q.    Okay. If you need to refer back

15  to any part of that at any time, let us know.

16  I don't see any reference to pilots on

17  board, taking on board pilots in this transit.

18  Did you have to take on a pilot at any time during

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

19    this voyage?

20    A.    The pilot was on board started

21    from Güiria for the entire voyage.

22    Q.    So you had one pilot carry -- one

23    pilot for the entire voyage?

24    A.    Yeah, they required the pilot to

25    be on board for the whole voyage. That's not

219: 1    normal, but that's what they required.

2    Q.    Was there anyone else on board

3    during the voyage besides the pilot, you and your

4    crew?

5    A.    No.

6    Q.    Now the Cormoran was the name of

7    the patrol boat, right?

8    A.    According to the email, yes,

9    Cormoran.

10    Q.    I see the abbreviation on this

11    email, SOF, what does that stand for?

12    A.    Statement of facts.

13    Q.    And this is something that you

14    put together?

15    A.    Yes.

16    Q.    And what's the purpose of putting

17    together this statement of facts?

18    A.    This is a common practice, it's

19    giving our updates.

20    Q.    Going back to the first page,

21    with the last number 731, scroll up a little bit

22    more so we can get both -- no, up the other way,

23    we'll get the bottom half of this and the top of

24    half of the other.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

      25   This is the statement of facts you put
220: 1   together for February 9, and it looks like
       2   February 11, correct?
       3   A.   Yes.
       4   Q.   And there you see the Cormoran is
       5   the patrol boat you have the Lirio is all fast
       6   centred, and you depart. When it says "Cormoran
       7   on location," was that when it was I think you
       8   said within a mile of the Gerd Knutsen?
       9   A.   Yeah, she was -- well, that
      10   morning she was closer.
      11   Q.   How much closer?
      12   A.   Close enough I told the guys on
      13   the bridge not to be take pictures of her, afraid
      14   they would see.
      15   Q.   You mentioned she had a machine
      16   gun, right? Where was that located? Is that
      17   located forward?
      18   A.   The exact location I would not be
      19   able to tell you, but she had one. I think the
      20   pilot informed me it was a 50-caliber machine gun.
      21   Q.   Do you recall actually seeing it
      22   yourself?
      23   A.   Yes, I do. They were actually
      24   oiling it up and preparing it, or doing
      25   maintenance on it prior to departing.
221: 1   Q.   Was it the type that is mounted
       2   on a stand or a tripod and requires the sail or to
       3   stand behind it to operate it?
       4   A.   This one had a seat.
       5   Q.   I'm sorry, that's had a what?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

6    A.    This machine gun had a seat,

7    where they would sit down and grasp onto it.

8    Q.    Okay. Did you actually see --

9    could you actually see whether it was manned or

10    not with someone sitting in the seat behind it?

11    A.    Not sitting in seat. They were

12    oiling it and getting it ready.

13    Q.    That was when they were doing the

14    maintenance on it?

15    A.    Well, whatever it is they does on

16    it.

17    Q.    Whatever they do, right, to

18    maintain the guns. But once that maintenance was

19    done, did you ever see anyone actually manning the

20    machine gun?

21    A.    Nobody actually -- I can't recall

22    seeing anybody sitting and manning the gun, no.

23    Q.    Did you ever see the patrol boat

24    or hear the patrol boat fire its guns?

25    A.    No.

222: 1    Q.    Did you at any time while you

2    were serving as master on the Gerd Knutsen ever

3    hear any guns being fired of any kind?

4    A.    No.

5    Q.    How big was the Cormoran? How

6    long?

7    A.    I don't know. A guess?

8    Q.    Compared to the Lirio, was she

9    bigger or smaller than the tug Lirio?

10    A.    She was bigger than the tugs,

11    yeah.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
12  Q.    She was?

13  A.    Yes.

14  Q.    You think the Lirio was 20 to 30

15  metres. How long do you think the Cormoran was?

16  A.    Maybe 60 metres.

17  Q.    Fifty?

18  A.    Sixty.

19  Q.    Twice the size of the tug?

20  A.    Well, I don't know. It was over

21  a year ago. I can't remember.

22  Q.    Would it surprise you to know

23  that the Lirio is 32 metres long? That guess is

24  darn good. You can look this up. And the

25  Cormoran is 24 metres long?
```

```
223: 1  A.    Again, I don't know.

2  Q.    You can look that up too. It's

3  even in Wikipedia?

4  A.    Yes, I don't go around looking

5  that up.

6  Q.    Okay.

7  A.    It's over a year ago. And size

8  is irrelevant once you have got a machine gun on

9  her.

10  Q.    I just wondered if it would

11  surprise you to know the patrol boat was smaller

12  than the tug?

13  A.    Not really, no.
```

**Pg: 224 Ln: 18 - Pg: 227 Ln: 23**

**Annotation:**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
224:18   Q.    Do you recall the circumstances
     19   under which the Cormoran departed the escort of
     20   the Gerd Knutsen?
     21   A.    While we were en route?
     22   Q.    Yes.
     23   A.    No. All that was conveyed to us
     24   was that she had engine troubles but was in
     25   sometime -- I don't know if it was 12 hours or
225: 1   later or it was within 24, she was back on the
      2   scene again.
      3   Q.    She was? So she departed because
      4   of engine problems and then came back?
      5   A.    Yes, correct.
      6   Q.    Is that noted in your statement
      7   of facts?
      8   A.    Statement of facts, probably not.
      9   Q.    Because I see the vessel Cormoran
     10   departed, you'll see it -- actually it's visible
     11   now on 11th of February at 15:06?
     12   A.    Yes, that was when we were
     13   anchored, she departed.
     14   Q.    She departed. And then is it
     15   your testimony that 12 hours later they fixed the
     16   engine and came back?
     17   A.    No, no, no, no, you are -- sorry,
     18   I got ahead of myself there, but, no. According
     19   to this here, no, she departed, as far as I can
     20   recall she never came back.
     21   Q.    Look if you would, or, Scott, if
     22   you would put up page on that exhibit ending 736.
     23   See that email at the bottom, scroll up just a
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
    24   tad, Scott, so we can see. That's your email
    25   regarding the Cormoran?
226: 1   A.    Yes.
     2   Q.    And you'll see there's a
     3   reference to vessel's engine troubles, right?
     4   A.    Yes.
     5   Q.    And then you ask, "Will a guard
     6   boat be available if I am to go to anchor?"
     7   Do you see that?
     8   A.    Yes.
     9   Q.    Why did you want another guard
    10   boat to be available?
    11   A.    Because of the piracy and
    12   boarding issues and security concerns in Jose or
    13   Puerto La Cruz.
    14   Q.    Did you continue to have the
    15   razor ribbon strung around the deck of the vessel?
    16   A.    We actually put more.
    17   Q.    And the purpose of that again was
    18   to ward off pirates and thieves, right?
    19   A.    Correct.
    20   Q.    Was this a high crime
    21   neighbourhood, as they might say?
    22   A.    Yeah, there was the frequency of
    23   boardings, and was starting to increase, yes.
    24   Q.    I think you mentioned, and I just
    25   want to clarify, do I understand that the vessel
227: 1   had been boarded by thieves at some point when it
     2   was in Venezuela and some stores or something
     3   else, stolen?
     4   A.    Correct.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
5    Q.    What can you tell us about that?
6    When did that happen and where?
7    A.    The actual date I can't recall,
8    because I wasn't on board. I wasn't even assigned
9    to the Gerd at the time, but it was when the
10   vessel was in Jose, Puerto La Cruz, same port,
11   that we discharged in. Apparently the crew or
12   the -- sorry, the thieves came up, they suspect
13   they came up the anchor chain and they ended up
14   robbing some stores and paint and tools and odds
15   and ends.
16   Q.    They gained access of a ship by
17   climbing the anchor chain?
18   A.    Yes, that's what was believed,
19   yes.
20   Q.    Was that always a concern in
21   Venezuela, at least from the time you were on the
22   Gerd Knutsen, high crime?
23   A.    Yes.
```

**Pg: 231 Ln: 11 - Pg: 232 Ln: 3**

**Annotation:**

```
231:11   Q.    Now when I was questioning you
12   earlier, you drew -- you talked about the National
13   Guard as being separate from the Venezuelan Navy.
14   Am I correct that those are separate entities in
15   your understanding?
16   A.    In my understanding, yes, they
17   are separate, yes.
18   Q.    And do I recall correctly from
```

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [9/20/2021] 09/20/2021 Parsons, Wallace

```
      19   your earlier testimony that you said that the
      20   National Guard members weren't ordinarily not
      21   armed when they were present on the Gerd; is that
      22   correct?
      23   A.    They are not normally armed,
      24   correct.
      25   Q.    But when personnel from the
232:   1   Venezuelan Navy were on the Gerd they were armed;
       2   is that correct?
       3   A.    Correct.
```

# EXHIBIT B

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

**Pg: 8 Ln: 8 - 9**

> **Annotation:**
>
> 8: 8    ██████████████████, having
>
>      9    been first duly sworn, testified as follows:

**Pg: 9 Ln: 6 - 9**

> **Annotation:**
>
> 9: 6    ███████, would you please state your
>
>      7    full name for the record?
>
>      8    A:    My full name is ████████████
>
>      9    ██████.

**Pg: 14 Ln: 9 - Pg: 15 Ln: 8**

> **Annotation:**
>
> 14: 9    Q:    And who is your current employer?
>
>     10    A:    My current employer is CanShip
>
>     11    Ugland or CanCrew Ugland through CanShip.
>
>     12    Q:    What is the relationship between
>
>     13    CanCrew Ugland and CanShip Ugland?
>
>     14    A:    CanCrew is a subsidiary, a branch
>
>     15    that looks after the hiring and payroll for the
>
>     16    crew.
>
>     17    Q:    And what is the role of CanShip
>
>     18    Ugland?
>
>     19    A:    CanShip Ugland is a technical
>
>     20    management company that looks after the technical
>
>     21    management and the crewing of vessels.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮

```
    22   Q:   And what is the -- have you heard
    23    of a company called Knutsen?
    24   A:   Yes, I have.
    25   Q:   And what is the relationship, if
15: 1    any, between CanShip and Knutsen?
     2   A:   Knutsen is CanShip's parent
     3    company.
     4   Q:   All right. And what is Knutsen's
     5    role or function?
     6   A:   Knutsen would be the vessel
     7    owners, in this case, for the vessel that we're
     8    discussing.
```

**Pg: 15 Ln: 12 - 17**

**Annotation:**

```
15:12   Q:   And what is your title in that
    13    organization?
    14   A:   My title presently is ▮▮▮▮▮
    15    ▮▮▮▮▮. When I was on the Gerd, I was there as
    16    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    17    ▮▮▮▮ now since the Gerd is passed.
```

**Pg: 15 Ln: 22 - 24**

**Annotation:**

```
15:22   Q:   Okay. So your role on the Gerd
    23    was as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
    24   A:   Yes, it is.
```

**Pg: 16 Ln: 14 - Pg: 17 Ln: 11**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████████

**Annotation:**



```
16:14   A:   I should clarify that.
   15        My current role is ████████████
             ██████████████████████████████
             ██████████████████████████████
             ██████████████████████████████.
   19        Did you want me to clarify that role
   20        instead?
   21   Q:   Well, why don't you start by
   22        clarifying the role of ██████ and move on?
   23   A:   Okay. ██████████████████████
   24        ██████████████████████████████
             ██████████████████████████████
17: 1        ██████████████████████████
             ██████████████████████.
    3   Q:   Okay. And what about the role of
    4        ██████████████?
    5   A:   ██████████████ is, their role is
    6        to look after and manage ████████████
             ██████████ They would be the ones who would
    8        oversee, spearhead and oversee the loading,
    9        discharging of cargo and the carriage of the
   10        cargo, the deck department and any maintenance
   11        revolved around that.
```

**Pg: 30 Ln: 18 - Pg: 31 Ln: 7**

**Annotation:**

```
30:18   Q:   ██████████████, I want to begin
   19        by focusing on, well, let me put it this way, did
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
   20    you serve continuously on the Gerd or was it in

   21    stints?

   22    A:   I would have served -- I would

   23    have spent hitches onboard. So I would have done

   24    approximately six weeks onboard and approximately

   25    the same amount of time not onboard.

31: 1    Q:   And between December 2018 and

    2    February 2020, if you remember, how many stints or

    3    hitches did you serve onboard the Gerd?

    4    A:   I'll have to take a moment and

    5    count them up in my head here. It was

    6    approximately five or six stints during that time

    7    period.
```

**Pg: 33 Ln: 13 - 20**

**Annotation:**

```
33:13    So I'd like to focus on the first stint

   14    you had from December 9, 2018 to January 27, 2019.

   15    You were on as █████████ you say?

   16    A:   Correct, yes.

   17    Q:   All right. And who was the

   18    master at that time?

   19    A:   The captain would have been Corey

   20    Herritt, Captain Herritt.
```

**Pg: 36 Ln: 6 - Pg: 37 Ln: 2**

**Annotation:**

```
36: 6    So when you came to the Gerd, how did

    7    you physically get there?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮▮

|  |  |
|---|---|
| 8 | A:   We joined by launch through |
| 9 |  Trinidad. |
| 10 | Q:   Why through Trinidad? |
| 11 | A:   Our company did not allow us to |
| 12 |  step foot on Venezuela soil. |
| 13 | Q:   Did they explain why you were not |
| 14 |  to set foot on Venezuelan soil? |
| 15 | A:   They determined that it wasn't |
| 16 |  safe. |
| 17 | Q:   Did they indicate why it wasn't |
| 18 |  safe? |
| 19 | A:   They did. Just general yes, they |
| 20 |  did. |
| 21 | Q:   All right. And can you tell me |
| 22 |  what they said? |
| 23 | A:   I'm just -- what's the word? I |
| 24 |  can't tell you. I don't recall exactly what they |
| 25 |  said. But the general sense was that it wasn't |

37: 1  safe for a person just due to the social unrest on

2  land.

**Pg: 37 Ln: 6 - Pg: 38 Ln: 13**

**Annotation:**

37: 6  But if there had been no social unrest,

7  what would the normal procedure have been for you

8  to get to the Gerd?

9  A:   Sorry, are you asking what would

10  the normal procedure have been if we could crew

11  change through Venezuela?

12  Q:   Yes.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
13   A:   In that case, I'm only just
14        surmising because I never did actually crew change
15        through Venezuela any time of the time I was down
16        there. But I would imagine that the company would
17        have booked flights to whatever international
18        airport flew into Venezuela, then probably other
19        domestic flight or some other domestic
20        transportation to get us Guiria and then by launch
21        from Guiria to the vessel.
22   Q:   What is the basis for your making
23        that surmise?
24   A:   That's typically how a crew
25        change would be done in whatever country.
38: 1   Q:   So when your vessel has been near
2        some other country, you've gone through that
3        country?
4   A:   Yes, if that is the country that
5        the vessel is signed into, then yes.
6   Q:   And you've always gone by air?
7   A:   Yes, always flown.
8   Q:   Have there ever been any other
9        instances where CanShip considered it unsafe to go
10        through a country and required you to go through
11        some different country's airport?
12   A:   None that I'm aware of. None in
13        my case, certainly.
```

**Pg: 43 Ln: 14 - Pg: 44 Ln: 20**

**Annotation:**

```
43:14   Q:   Are there any particular steps
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
      15    you take to protect the ship from political or

      16    military risks?

      17    A:   Well, if at all possible,

      18    avoidance would be the best option. Political,

      19    military risks are -- that would once again depend

      20    on the situation, but avoidance would of course be

      21    the first option.

      22    Q:   And are there any measures you

      23    take to enable you to avoid such risks?

      24    A:   By being kept up-to-date on, you

      25    know, international political situations.

44:   1    Q:   And how do you do that?

       2    A:   Well, the company would send us

       3    any pertinent information and then also, just

       4    based on the trading areas, we would, you know,

       5    watch the news, you know, and just monitor I guess

       6    world events.

       7    Q:   What -- how does the company send

       8    you information?

       9    A:   They would send us information by

      10    email.

      11    Q:   Okay. And that would go to an

      12    account for the ███████████████?

      13    A:   Correct.

      14    Q:   And what kinds of information

      15    would they provide to you?

      16    A:   They would provide, if pertinent,

      17    they would provide, you know, say a security

      18    briefing or what not or security update for

      19    various region, whatever the situation was that

      20    warranted it.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

**Pg: 47 Ln: 20 - Pg: 48 Ln: 20**

**Annotation:**

47:20   Q:  Okay. So I think you testified a

20    few minutes ago that the best strategy to protect

21    the ship from political or military risk is

22    avoidance. Does that mean avoiding sailing into

23    an area where the risk exists?

24    A:  Yes, that's correct.

48: 1   Q:  But in this instance you were

2    charted to sail into Venezuela and did,

3    notwithstanding that there were some advisories in

4    effect, correct?

5    A:  In this instance our charter was

6    already in Venezuela, that's correct. And the

7    situation developed while in Venezuela.

8    Q:  I see. And so when the Gerd

9    arrived in Venezuela, to your recollection, there

10    was no travel advisory, but there was -- there

11    came to be during the time it was in Venezuelan

12    waters?

13    A:  The travel advisories came to be

14    in effect, my understanding is, throughout the

15    period of our charter down there.

16    Q:  Okay. And that was why the crew

17    of the Gerd, including the master and chief

18    officer, were instructed not to go into Venezuela

19    proper?

20    A:  Correct.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

**Pg: 54 Ln: 2 - 20**

**Annotation:**

```
54: 2   Q:   Okay. So let's go back to your
     3        first stint aboard the Gerd in our time frame from
     4        December 2018 to January 2019 when you were aboard
     5        as ███████████ .
     6        You gave a sense of the duties of ██████
     7        ██████ . Can you elaborate on those?
     8   A:   Yes, I can, if you'd like me to
     9        elaborate. ████████████ would -- well, I
    10        mentioned before, the ███████████ is in charge
    11        of loading, discharging and carrying the cargo and
    12        managing the deck department and deck maintenance.
    13        So when we're under cargo operations,
    14        I'd be giving direction to the officers of the
    15        watch who would each hold a watch loading or
    16        discharging the cargo in the cargo control room
    17        and there's various parts to the cargo that I
    18        would be present for. Not the, you know, the
    19        start and the stop types. It's more technical
    20        sizes of cargo operations.
```

**Pg: 55 Ln: 8 - Pg: 56 Ln: 7**

**Annotation:**

```
55: 8   Q:   And with respect to, I think you
     9        said that you supervised the loading of cargo; is
    10        that right?
    11   A:   Yes.
    12   Q:   Were you responsible for
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮

```
    13    paperwork associated with that as well?
    14    A:   I would have been, yes. Yeah.
    15    The -- there's some documents that the captain
    16    would sign, but probably the majority of cargo
    17    documents would be ones the chief mate would
    18    prepare and sign. Captain might co-sign them.
    19    Q:   Okay. And in connection with the
    20    particular voyage we're talking about, did you
    21    supervise the load cargo?
    22    A:   I supervised the loading of the
    23    DCO. The first parcel. And we actually did a
    24    crew change the day that we were loading the
    25    second parcel, the pedernales I was on load for
56: 1    the commencement of the pedernales but not onboard
     2    for the completion of the loading of the
     3    pedernales.
     4    Q:   Just for the record, some of us
     5    have been exposed to this, but the eventual reader
     6    may not be. what is DCO?
     7    A:   DCO is diluted crude oil.
```

**Pg: 56 Ln: 17 - 21**

**Annotation:**

```
56:17    Q:   All right. And pedernales, what
    18    is that?
    19    A:   Pedernales is the name of the
    20    second grade of crude oil that we loaded. Yeah,
    21    that's what it is.
```

**Pg: 56 Ln: 25 - Pg: 57 Ln: 12**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

**Annotation:**

```
56:25   Q:   So, again, you supervised the

57: 1    loading of the DCO. Where was the DCO loading?

     2   A:   That was loaded at Jose terminal

     3    in Port of Jose, Venezuela.

     4   Q:   Was the pedernales also loaded

     5    there?

     6   A:   Pedernales was loaded to

     7    Anchorage outside of Guiria, Venezuela in the Gulf

     8    of Paria.

     9   Q:   And how far apart are those two

    10    locations?

    11   A:   I'd say it's a day and a half,

    12    two days' steaming time approximately.
```

**Pg: 60 Ln: 10 - 18**

**Annotation:**

```
60:10   Q:   Okay. For the loading of the

    11    DCO, who -- how was it physically loaded on to the

    12    vessel?

    13   A:   Uhmm, by pipelines, by hard arms

    14    from the terminal.

    15   Q:   Hard arms? What is that?

    16   A:   That is the term for the section

    17    of piping that goes from the dock to the ship's

    18    manifolds.
```

**Pg: 60 Ln: 22 - Pg: 61 Ln: 20**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

**Annotation:**

```
60:22   Q:   So the ship is drawn up to ports
   23        where the pipe can connect to the ship and the
   24        fuel or, excuse me, the cargo is then loaded on to
   25        the ship?
61: 1   A:   Yes, that's correct.
    2   Q:   And held in tanks?
    3   A:   Yes.
    4   Q:   And who connects the hard arm to
    5        the ship?
    6   A:   That would be -- well, it would
    7        be a combination. It would be primarily the dock.
    8        There would be some dock personnel come onboard to
    9        connect the hard arms. The ship's crew would
   10        prepare the flanges, take covers off and then the
   11        shore personnel would actually connect the hard
   12        arms to the flanges at the manifold.
   13   Q:   So the flange is a word for the
   14        point of connection between the hard arm and the
   15        ship?
   16   A:   Yes. Yeah, the flange, a flange
   17        on a pipe is, if you connected two pipes, you
   18        know, that had compatible flanges, the flange
   19        would be the part you put the bolt through to hold
   20        the pipes tight together.
```

**Pg: 63 Ln: 5 - Pg: 64 Ln: 13**

**Annotation:**

```
63: 5   Q:   Okay. Was it your understanding
    6        that the cargo was being loaded by PDVSA?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮

```
 7   A:   It was, yes.

 8   Q:   You say that very definitely. Is

 9    that something you're confident of?

10   A:   I am confident of that, yeah.

11   Q:   Okay. Did PDVSA seem to be

12    loading the cargo willingly?

13   A:   Yes, they did.

14   Q:   And there was no evidence of

15    duress against PDVSA?

16   A:   None at all.

17   Q:   Okay. And did you have an

18    understanding of who was receiving the cargo?

19   A:   Yes, I did.

20   Q:   Who was that?

21   A:   Citgo.

22   Q:   And how did you know that?

23   A:   We were on charter by Citgo. Our

24    voyage orders came from Citgo.

25   Q:   Did you have an understanding in

64: 1    your role as to when Citgo became the owner of the

 2    cargo?

 3   A:   My understanding when we loaded

 4    cargo is once it passes through the ship's flanges

 5    and through their manifold, then it's owned by

 6    Citgo or by the charter who's purchasing it.

 7   Q:   How did you come by that

 8    understanding?

 9   A:   It's a fairly common assumption

10    in the industry.

11   Q:   Would you say that that's a

12    standard industry practice?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
13   A:   Yes, that would.
```

**Pg: 65 Ln: 12 - Pg: 66 Ln: 1**

**Annotation:**

```
65:12  Q:   Let's go to Exhibit number 4.
  13   A:   Okay. I'm looking at Exhibit
  14    number 4.
  15    EXHIBIT NO. ███████ 4: Vessel Ullage
  16    Report
  17      BY MR. KLEIN
  18   Q:   All right. And do you see where
  19    it says Vessel Ullage Report?
  20   A:   Yes, I do.
  21   Q:    And what is a Vessel Ullage
  22    Report?
  23   A:    Ullage is the measurement of how
  24    much cargo is in the tank. The ullage report is
  25    basically the accounting of how much cargo is in
66: 1    each tank and on the ship.
```

**Pg: 66 Ln: 14 - Pg: 68 Ln: 17**

**Annotation:**

```
66:14  Q:   So this is -- I've alluded to the
  15    fact that this is a document that goes through
  16    Bates 4592 and it consists of multiple pages.
  17    Are these pages that you're accustomed
  18    to seeing together?
  19   A:    Let me just flip through these
  20    again before I answer that.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

```
 21   Q:   Sure.

 22   A:   And yes, they are.

 23   Q:   Okay. And when would you

 24        typically see these documents in your duties?

 25   A:   All of these together like this

67: 1      would typically be done up as a package to send

  2        out on the completion of loading.

  3        I'm going to elaborate for a second.

  4        These documents specifically would have come from,

  5        by the looks of the logo, from either PDVSA or

  6        from the surveyors.

  7   Q:   Okay. And you refer to

  8        surveyors, what is their role?

  9   A:   They're a third party onboard to

 10        verify the measurements that we take of the cargo.

 11   Q:   Are they employed by CanShip?

 12   A:   No, they're not. They're

 13        independent from CanShip.

 14   Q:   And who employs them?

 15   A:   I don't recall specifically who

 16        employed these surveyors. I would assume these

 17        are PDVSA surveyors.

 18   Q:   Okay. All right. And I'm going

 19        to focus for a moment on that first page bearing

 20        Bates number 4581. At the bottom of the page on

 21        the left, is that your signature?

 22   A:   It is, yes.

 23   Q:   All right. And the your name

 24        underneath your signature there?

 25   A:   Correct.

68: 1   Q:   And there's a stamp that says M/T
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
 2    Gerd Knutsen ████████████. Is that something
 3    that you would always affix with your signature?
 4    A:   Yes, for any cargo document like
 5    this, I would.
 6    Q:   And next to that there's a -- to
 7    the right of that there's another signature and I
 8    can't read it, but it -- over the description
 9    'loading master on duty the terminal'. Who is
10    that? What is that person's role?
11    A:   They would be the -- on the
12    terminal side -- they would be on the person who's
13    on duty at terminal at that time who's in charge
14    of discharging the cargo to us.
15    Q:   Okay. So you understand that
16    person as representing PDVSA?
17    A:   I do, yes.
```

**Pg: 69 Ln: 13 - Pg: 71 Ln: 4**

**Annotation:**

```
69:13    Q:   Okay. So I'm going to go back to
   14    the top of the page for a minute. And the top
   15    right it gives the date January 22nd, 2019.
   16    What does that date signify? Just the
   17    date it was completed? Or is there more to it?
   18    A:   That would have been the date --
   19    on this document, that would have been the date
   20    that the loading was completed I believe.
   21    It's possible that that is the date
   22    that -- well, specifically, that would be the date
   23    that this ullage report was taken. So this
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
     24    appears to be an ullage report for complete cargo
     25    so in that case it would be the date that the
 70: 1    cargo was finished being loaded.
      2    Q:   All right. Is that usually
      3    completed the same day that the loading is
      4    completed?
      5    A:   Yes, it is. Unless the loading
      6    with as completed, like, close to midnight, we'll
      7    say.
      8    Q:   Okay. Can you tell from this
      9    ullage report what cargo it refers to?
     10    A:   Yes. It refers to DCO under
     11    products.
     12    Q:   All right. And that was the
     13    loading that you supervised?
     14    A:   Correct.
     15    Q:   And that's why you signed on the
     16    bottom left of the page?
     17    A:   Correct.
     18    Q:   So this signature, does this
     19    represent your certification that you received the
     20    cargo that PDVSA delivered?
     21    A:   Yes, it -- on this page it
     22    represents that I acknowledged and accepted their
     23    ullage report so the number would have been in
     24    line with what I had found to be correct as well.
     25    Q:   And looking at this report, can
 71: 1    you tell how much DCO was delivered on the vessel?
      2    A:   Yes. 943,486.93 barrels.
      3    Q:   Okay. Almost a million barrels?
      4    A:   Close, yes.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

**Pg: 75 Ln: 24 - Pg: 76 Ln: 1**

**Annotation:**

```
75:24   Would you go to the next page? It bears
   25   Bates number 4583.
76: 1   A:   Yes, I'm looking at that.
```

**Pg: 78 Ln: 14 - Pg: 79 Ln: 8**

**Annotation:**

```
78:14   Q:   Again, I see your name in the
   15   lower left-hand corner, but no signature. Would
   16   you have signed a version of this normally.
   17   A:   No, I wouldn't. When I was ████
   18   ████, normally the captain would have signed any
   19   letters of protest. It's possible, though, since
   20   there was no signature or no receipt only from the
   21   ship that we never saw this document. But that's
   22   only just conjecture, I guess, on my part.
   23   Q:   Okay. Next to that, again,
   24   there's this signature appears to be the signature
   25   of the loading master on duty. Do you see that?
79: 1   A:   Yes, I do.
    2   Q:   And it says 'by the terminal'.
    3   Do you see that?
    4   A:   Yes.
    5   Q:   Does that mean the loading master
    6   on duty was employed by the terminal?
    7   A:   Yes, it does. And I see he's got
    8   the PDVSA stamp there.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

**Pg: 80 Ln: 7 - Pg: 82 Ln: 16**

**Annotation:**

80: 7   Q:   I'm going to go now to several

8   pages in. So Bates number 4587. Do you see that?

9   A:   I'm looking at 4587.

10   Q:   And is this a form you commonly

11   saw as -- well, I see it bears the signature of

12   the master of the vessel, not your signature. Is

13   that right?

14   A:   That's correct.

15   Q:   And that was Captain Herritt?

16   A:   Yes.

17   Q:   Do you know if you saw this form,

18   this particular form at the time of the loading of

19   the DCO?

20   A:   This form would have been done up

21   on the completion of cargo. I would have seen

22   this form after the fact, after we were finished

23   loading.

24   Q:   Is this a form that you commonly

25   saw in your -- you've commonly seen in your duties

81: 1   working for CanShip?

2   A:   Yes. Yes, that's correct.

3   Q:   Do you have an understanding

4   of -- well, the form is called Bill of Lading. Do

5   you have an understanding of what it represents?

6   A:   Yes, my understanding is

7   essentially it's a bill of sale.

8   Q:   All right. All right. And it

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮

```
      9    appears it has the PDVSA logo on the upper

     10    left-hand corner?

     11    A:    Correct.

     12    Q:    Would PDVSA be the issuer of this

     13    document?

     14    A:    Yes, they would have been.

     15    Q:    And so it says that, as I

     16    understand it and correct me if I'm wrong, it says

     17    that the cargo is shipped in apparent good order

     18    and condition by PDVSA Petroleo, S.A. Is that

     19    right?

     20    A:    I'll just have to see where

     21    you're reading that there. Is that --

     22    Q:    It's at the top of the page.

     23    A:    Yeah, right at the top. 'Shipped

     24    in apparent good order and condition by PDVSA.'

     25    Yes, yes, that's correct.

  82: 1    Q:    And there's a box, well, there's

      2    an indication below that where the cargo was

      3    loaded. Do you see that?

      4    A:    Yes.

      5    Q:    And where it should be delivered?

      6    A:    And yes.

      7    Q:    And it says it was consigned to

      8    Citgo Petroleum Corporation. Do you see that?

      9    A:    Yes, I do.

     10    Q:    For the layperson, what does

     11    'consigned' mean, if you know?

     12    A:    Sold to. Denominated to.

     13    Q:    Okay. And does the bill of

     14    lading indicate that PDVSA has transferred the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▓▓▓▓▓▓

```
15    cargo at that point to Citgo?

16  A:   That is my understanding, yes.
```

**Pg: 82 Ln: 25 - Pg: 83 Ln: 16**

**Annotation:**

```
82:25  Q:   And why does -- if you know, why

83: 1    does the master of the vessel sign of bill of

     2    lading?

     3  A:   The master is the shipper, not

     4    only is it representing the vessel and the charter

     5    to that point and he's in charge of shipping the

     6    cargo.

     7  Q:   So when you say the charterer,

     8    that means Citgo in this instance?

     9  A:   It does, yes.

    10  Q:   So he is receiving the cargo on

    11    behalf of Citgo?

    12  A:   Yes, correct.

    13  Q:   Is this an acknowledgment of

    14    receipt, in essence?

    15  A:   Yes, in essence, that's exactly

    16    what it is.
```

**Pg: 84 Ln: 13 - Pg: 85 Ln: 10**

**Annotation:**

```
84:13  Q:   Going to the next page, Bates

    14    number 4589.

    15  A:   Yes.

    16  Q:   It's something called an origin
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮

```
    17    certificate. Do you see that?

    18    A:   Yes, I do.

    19    Q:   That too is on PDVSA letterhead?

    20    A:   It is, yes.

    21    Q:   And that's signed by someone

    22     named Octavio Zuniaga. Do you know who that was?

    23    A:   No, I don't.

    24    Q:   But it says by PDVSA Petroleo.

    25     Do you see that?

85: 1    A:   Yes, I do.

     2    Q:   And it has the PDVSA stamp?

     3    A:   Yes, and I see the stamp as well.

     4    Q:   So does that represent some kind

     5     of a statement by PDVSA?

     6    A:   Yes, it does.

     7    Q:   And what is an origin

     8     certificate?

     9    A:   Stating the origin of the cargo,

    10     in this case, it was originated by PDVSA.
```

**Pg: 87 Ln: 11 - 25**

**Annotation:**

```
87:11    EXHIBIT NO. ▮▮▮▮▮ 5: collection of

    12    documents Bates 4635 - 4653

    13      BY MR. KLEIN

    14    Q:   And this is again a collection of

    15    documents from approximately the same time. I'll

    16    represent that to you.

    17    Is this a group of documents that you

    18    are accustomed to seeing together?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

```
19   A:   Let me just take a moment and
20        flip through them here again.
21        Yes, it is a group of documents I would
22        be accustomed to seeing together. That being
23        said, I don't know if I've seen these specific
24        documents before they were presented to me for
25        this arbitration or this deposition.
```

**Pg: 89 Ln: 5 - Pg: 91 Ln: 8**

**Annotation:**

```
89:  5   Q:   Okay. Is this a type of document
6             that you're accustomed to seeing and that you
7             recognize?
8        A:   Yes, it is.
9        Q:   Okay. Would you turn back to the
10            front page bearing Bates number 4635?
11       A:   Yes, I'm looking at that now.
12       Q:   All right. Can you tell whether
13            it's related to the particular loading of the Gerd
14            that you were involved with?
15       A:   Just give me a moment to read it
16            there before answering you.
17            Yes, it appears to be in reference to
18            the cargo that we loaded.
19       Q:   And towards the bottom of the
20            page there are a lot of words in small print so I
21            apologize. I have to refer you to some of them.
22            Do you see where it says 'note' in English in bold
23            face?
24       A:   Uhmm, yeah, there's 'Nota' and
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
      25    then 'Note' below that.
90: 1     Q:   It says:
       2    'This inspection and all its
       3    parts was realized by AIVEPET
       4      C.A.'
       5    Do you see that?
       6    A:   Yes, I see that.
       7    Q:   Would you read into the record
       8    the three lines below that?
       9    A:    .
      10    'It includes the measurements of
      11    quantity, quality, the checking
      12    of the facilities, conditions,
      13    tanks, lines and other
      14    activities related to the
      15    shipment of hydrocarbons, in
      16    PDVSA's native or foreigners
      17    exportation terminals and import
      18    terminals and other PDVSA supply
      19    or international distribution
      20    terminals'.
      21    Q:   Did you mean 'internal
      22    distribution terminals'? Those last few words?
      23    A:   'And other PDVSA's supply and
      24    other internal distribution terminals.'
      25    My apologies.
91: 1     Q:   Thank you. Do you have an
       2    understanding about the ownership of the terminals
       3    from this note?
       4    A:   Yes, I do.
       5    Q:   What's your understanding?
```

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▬▬▬▬▬

```
6   A:   My understanding is that PDVSA

7   owns or owns the terminals. Or at least vouches

8   for the terminales.
```

**Pg: 97 Ln: 3 - Pg: 99 Ln: 25**

**Annotation:**

```
97: 3   Q:   So following the completion of

    4   those inspections, what were the next steps before

    5   the vessel could depart?

    6   A:   Once we finished those

    7   inspections onboard we have to wait for the bill

    8   of lading documents. And then also port

    9   clearance.

   10   And in the case of leaving Jose terminal

   11   or the Port of Jose, that would have included, I

   12   believe that would have included an underwater

   13   hull inspection as well as some form of inspection

   14   by the National Guard onboard.

   15   Q:   Can you describe the underwater

   16   hull inspection?

   17   A:   They send out divers to dive

   18   under the ship and check the hull. Our assumption

   19   is that it's a drug inspection to make sure

   20   there's nothing attached to the hull.

   21   Q:   Okay. What about the National

   22   Guard inspection? What is that about?

   23   A:   Similar, but onboard. They

   24   would -- now, in saying that, I don't recall if we

   25   needed an inspection to leave the port, but we

98: 1   needed one to come into the port. Probably on the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮▮

```
 2    way out they were supposed to do one, but it was

 3    more of a formality. But at any rate, it would

 4    include inspecting the ship itself for drugs,

 5    basically, going through the accommodations and

 6    different parts of the ship that we inhabit.

 7    Q:   Were there any other types of

 8    inspections or steps before the ship could be

 9    allowed to depart?

10    A:   Yeah, we would also need port

11    clearance which would be given after we received

12    the bills of lading.

13    Q:   All right. And when you say

14    'port clearance', what does that mean?

15    A:   It's a piece of paper that we

16    receive that would just authorize us to sail from

17    the port.

18    Q:   And what do you have to do to get

19    port clearance?

20    A:   Varies on the port. I believe

21    there's a document here that specifies what we

22    needed to do. And in this case, it seemed like

23    the port was or the harbormaster was looking for a

24    couple of certificates. I believe they were

25    looking for the bill of lading before they would

99: 1    issue us a clearance.

 2    Q:   Okay. And -- okay.

 3    How long does it usually take after the

 4    cargo has been loaded for the port clearance to be

 5    issued?

 6    A:   That's variable. In Venezuela it

 7    can happen within a couple of hours or sometimes
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021

```
 8    it can take a couple of days. In Jose terminal, I
 9    believe it happened within a few hours.
10    Q:   Okay. And apart from what's --
11    anywhere, just not within Venezuela, what's the
12    longest time in your 15 years experience it ever
13    took to get port clearance after loading?
14    A:   Well, that would have been
15    following the PDVSA. Sorry, that would have been
16    following the second parcel of pedernales.
17    Q:   And apart from that loading,
18    what's the longest time it ever took?
19    A:   I would estimate more than two
20    days, less than four days; somewhere in there.
21    Q:   All right. If you recall, how
22    long did it take for the guard to get clearance to
23    leave after loading the pedernales?
24    A:   Approximately it took over 12
25    months or over a year.
```

**Pg: 100 Ln: 23 - Pg: 102 Ln: 20**

**Annotation:**

```
100:23  Q:                     we placed before
    24  you shortly before the break, actually you placed
    25  before yourself, Exhibit 3. And if you would turn
101: 1  to page three and look at paragraph six?
     2  A:   Okay. I'm looking at paragraph
     3  six, page three.
     4  Q:   All right. Do you see a sentence
     5  beginning 'the failure of'? Would you just read
     6  that into the record, and the next one?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

```
       7   A:    .
       8    'The failure of Venezuelan
       9    authorities to allow the
      10    departure of the Gerd and the
      11    conduct during its year-long
      12    anchorage in Venezuelan waters,
      13    were unprecedented in my
      14    experience and I was under
      15    orders from my ship's charterer,
      16    CITGO, to sell sail immediately,
      17    and Venezuelan authorities were
      18    failing to take routine and
      19    requisite steps to allow lawful
      20    departure while maintaining
      21    silence in the face of repeated
      22    requests, giving rise to an
      23    increasingly tense situation.
      24    Moreover, Venezuela --
      25    Sorry, I got --
102:   1   Q:    No, that's fine. I don't want to
       2    stop you, but I do have questions about that.
       3    You say -- you refer to 'repeated
       4    requests'. Were you making repeated requests to
       5    depart as master of the ship?
       6   A:    The masters collectively made
       7    repeated requests to depart.
       8   Q:    And you were, whether or not you
       9    were ██████, you were aware of those?
      10   A:    Yes, I was tacitly aware of them.
      11   Q:    What do you mean by tacitly
      12    aware?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
13   A:   I was aware of them, yes. Some

14        of the requests that happened early on, which to

15        my knowledge happened early on, I didn't see on

16        paper or on email, say, until I received some of

17        the documents.

18   Q:   I see. Did the masters ████

19        ████████████  advise you of these?

20   A:   Yes, they did.
```

**Pg: 103 Ln: 14 - 19**

**Annotation:**

```
103:14   Q:   Okay. You say that the failure

     15        to allow lawful departure and the silence in face

     16        of repeated requests gave rise to an increasingly

     17        tense situation.

     18        Can you explain why that created a tense

     19        situation for you?
```

**Pg: 104 Ln: 3 - 25**

**Annotation:**

```
104: 3   Well, in one sense we were

      4   running out of fuel. So the situation

      5   became intense in an effort to resupply

      6   the ship with fuel, with bunkers.

      7   Resources were difficult to get down

      8   there to keep the ship maintained. We

      9   -- it was very difficult to get parts

     10   into the country or that part of the

     11   world in general, let alone into the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
12    country. And sometimes we would have
13    wanted to have technicians onboard to
14    fix certain things and nobody was
15    willing to travel to Venezuela. So it
16    was tense in that respect.
17    And then in another respect,
18    it became tense when the government of
19    Venezuela, you know, started pushing
20    harder to get the cargo back.
21      BY MR. KLEIN
22   Q:   And when you refer to the
23    government of Venezuela, you're referring to the
24    Maduro regime in that instance?
25   A:   Correct.
```

**Pg: 105 Ln: 7 - Pg: 109 Ln: 22**

**Annotation:**

```
105: 7  A:   I was about to say that they were
   8    certainly perceived on the ground or on the
   9    proverbial ground to be in charge of the country
  10    in the sense that PDVSA seemed to answer to Maduro
  11    and so did the National Guard.
  12   Q:   Got it, thank you. In the next
  13    paragraph, paragraph seven, would you read that
  14    paragraph into the record?
  15   A:    .
  16    'Throughout the time I was
  17    present, with only brief
  18    interruptions, an armed
  19    Venezuelan naval vessel, the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▓▓▓▓▓▓▓

```
    20   Cormoran (PG-405) remained

    21   within sight of the Gerd. In my

    22   experience such 'shadowing' is

    23   unusual except as an escort when

    24   sailing through pirate-infested

    25   waters. the Cormoran did not

106: 1   announce intentions, but I

     2   regarded the regular citings of

     3   an armed naval vessel,

     4   especially in the context of

     5   what I understood to be

     6   conflicting orders of the

     7   charterer of the vessel and

     8   silence from the responsible

     9   governmental agencies, as

    10   threatening.'

    11 Q:  So, first of all, you say

    12   'throughout the time I was present'. Does that

    13   include your time as ▓▓▓▓▓▓▓▓?

    14 A:  Yes. It does include the time of

    15   ▓▓▓▓▓▓▓▓. The Cormoran -- I'm going to

    16   elaborate a little bit.

    17   Initially, we recognized her down there

    18   as what we perceived to be on scene for, I guess,

    19   sort of an environmental controller or guard

    20   presence in a sense. And she would do some rounds

    21   of the Bay of Paria and tie up at dock just to the

    22   north of us seven or eight miles.

    23   But then towards, I guess into the fall,

    24   her presence was more consistent, you know, up in

    25   particular up at that dock tied up just seven or
```

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

107: 1    eight miles north of us which was in clear sight

      2    of us by radar and visually.

      3    And then into November, when I received

      4    a letter onboard which is part of these documents,

      5    you know, they did specifically state they were

      6    going to keep the military vessel or naval vessel

      7    positioned on us to monitor us and I believe at

      8    the time they had indicated it was going to be the

      9    Cormoran.

    10    Q:  Okay. So, just to elaborate on

    11    that. Your first stint as chief officer was in

    12    December 2018 and January 2019, was the Cormoran

    13    around then?

    14    A:  I don't recall when we first saw

    15    her.

    16    Q:  Do you know if she was around

    17    during the second stint as chief officer from

    18    March of 2019 to April 2019?

    19    A:  I'm just thinking back now. I

    20    remember that we had -- that we saw her prior to

    21    any of this actually. She would do sporadic

    22    rounds, like even say back in 2018 when we were

    23    loading at Nava Rema. That's when we sort of came

    24    to know her as, like, a coast guard or pollution

    25    control type of vessel.

108: 1    I guess she had been around for a while

      2    but she tended to be around more throughout this

      3    ordeal, this year long ordeal until at the end she

      4    was around consistently.

      5    Q:  At what point would you say she

      6    started to be around consistently?

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮

```
     7   A:   I don't recall that specifically.

     8   Q:   Did she keep more or less the

     9    same position relative to the Gerd throughout that

    10    period?

    11   A:   Uhmm, she tended to tie up in

    12    this small port which is directly to the north of

    13    us that I referred to. On occasion, she may have

    14    gone into Guiria and then she did do the

    15    occasional run around The Bay of Paria which was

    16    all really close proximity to us.

    17   Q:   Did you ever -- do you have the

    18    specific knowledge to specify what type of vessel

    19    she was?

    20   A:   Not specifically.

    21   Q:   Okay. Can you describe her?

    22   A:   She had the appearance of either

    23    naval or coast guard, I would say, sort of cutter

    24    type of vessel.

    25   Q:   How large?

109:  1   A:   I don't recall. I would

     2    proximate that she was probably in the range of

     3    maybe 70 to 100 metres, something like that.

     4   Q:   Okay.

     5   A:   That's just a guess.

     6   Q:   We won't hold you to it. That's

     7    just an impression. Was she visibly armed?

     8   A:   I don't recall.

     9   Q:   Okay. Can you explain why you

    10    regarded the Cormoran's presence as threatening,

    11    given, as stated in paragraph seven of your

    12    declaration?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮▮

```
13   A:   Well, I would state it that in

14        December in a letter I received, it was stated

15        that she was going to be, you know, kept on scene

16        to monitor us and watch us. And she did -- we

17        knew her to be an Indian [phon] vessel which is a

18        branch of the government and it was clear to us or

19        our impression was -- we had a clear impression

20        that all the branches of government down there,

21        like, in the National Guard, PDVSA for that matter

22        were all operating under Maduro's direction.
```

**Pg: 110 Ln: 11 - Pg: 111 Ln: 2**

**Annotation:**

```
110:11  Q:   Okay. And what did you know at

12        that time about the situation in Venezuela?

13   A:   Our understanding was that the

14        country was going into hyper-inflation and that

15        Maduro was transitioning the country from

16        democracy to a dictatorship. We also got a sense

17        from the shore personnel that came out to the

18        vessel that they were all afraid of misstepping,

19        let's say. And resources were becoming quite

20        scarce.

21        That was a sense that we got, you know,

22        listening to shore personnel when they came out to

23        the ship. It seemed like their social systems

24        were either corrupt or not there any more like

25        police, that type of thing.

111: 1   Just seemed like the country was

2        deteriorating and quickly too.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████████

**Pg: 112 Ln: 12 - Pg: 113 Ln: 13**

**Annotation:**

112:12  Q:   You said that -- and I don't want
    13   to mischaracterize your testimony, so correct me
    14   if I'm remembering wrong. I think you said they
    15   were afraid of making missteps, is that right?
    16  A:   I did say that, yeah. The sense
    17   was that if anyone did anything to jeopardize -- I
    18   don't know how to put this, like I say, the
    19   interests of the republic, that there would be
    20   consequences for it.
    21  Q:   What did you derive that message
    22   from? Can you give me an example?
    23  A:   At one point the agent towards --
    24   this was probably in December the agent mentioned
    25   this to me. Igor Rosas. He made a comment
113: 1   through broken English and as well as hand
     2   gestures that everyone ashore and I took that to
     3   mean himself, harbormaster anyone in Guiria,
     4   whatever, had to tread lightly, in essence, be
     5   very careful. What they did in their own roles in
     6   all of this, I guess, that they convey messages
     7   correctly and did what was expected of them by, I
     8   guess, the people that were watching them.
     9  Q:   Did you have an understanding who
    10   was watching them?
    11  A:   My assumption would be that it
    12   was PDVSA. And PDVSA was acting in the interest
    13   of Maduro.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

**Pg: 117 Ln: 17 - Pg: 118 Ln: 4**

**Annotation:**

117:17   Q:   And then you rejoined the vessel

    18      on August 31st, 2019 as ███████████ and

    19      continued as ███████████ until September 27,

    20      2019, correct.

    21   A:   Yes. Correct.

    22   Q:   And during that time, did you

    23      observe anything unusual other than the fact that

    24      the Gerd still hadn't gone anywhere.

    25   A:   At that point we were getting

118: 1      quite low on fuel. At that point the focus was

    2      primarily on how do we get fuel onboard this thing

    3      under the circumstances.? And what happens if we

    4      don't get fuel onboard in the circumstances.

**Pg: 119 Ln: 18 - 22**

**Annotation:**

119:18   Q:   If the ship wasn't going

    19      anywhere, why were the bunkers running low?

    20   A:   Well, it still takes bunkers to

    21      be anchored. The ship burns a lot, significantly

    22      less while it's anchored than if we were steaming.

**Pg: 120 Ln: 5 - 11**

**Annotation:**

120: 5   Q:   We've used that term 'bunkers',

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

```
 6    but there's an eventual audience that may not

 7    recognize the term. I don't go to the gas station

 8    to get bunkers. What does the term 'bunkers'

 9    mean.

10    A:   Bunkers is fuel and it's a heavy

11    fuel oil at that time is what it was.
```

**Pg: 120 Ln: 17 - Pg: 122 Ln: 12**

**Annotation:**

```
120:17  Q:   Suppose you had run out of

    18    bunker, what would the consequence of that have

    19    been?

    20    A:   The ship would have blacked out.

    21    We wouldn't have been able to maintain the various

    22    safety systems that we have onboard for monitoring

    23    the cargo and also for keeping, for instance, tank

    24    pressures in check.

    25    The big one, if we had blacked out,

121: 1    asides from not being able to provide for people

     2    onboard, like keeping food, water, that type of

     3    thing, the thing pertaining to the cargo is not

     4    being able to keep the atmosphere in the cargo

     5    tanks above the cargo inerted. So there's

     6    potential for explosive atmosphere in the cargo

     7    tanks.

     8    Q:   So were the bunkers also used

     9    then to supply generators for electricity.? Is

    10    that --

    11    A:   They were, yes. They were used

    12    for generators for electricity to run, say, like
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
13    ship's systems.

14    And then they were also used so that we

15    could provide inert gas to the vapor space above

16    the cargo in the cargo tanks. And by inert gas, I

17    mean gas that is depleted of oxygen to the point

18    that it doesn't support combustion.

19  Q:   Now, we spoke -- was there a life

20    support function as well associated with having

21    the bunkers.

22  A:   Yeah. Well, in the sense that

23    yeah, there's all kinds of systems on board and

24    all requires electricity so we need bunkers for

25    the generators. I guess I could list off a few

122: 1    different systems that would have been important.

2    The fire system for instance to run the fire

3    detection system.

4    We wouldn't have been able to start any

5    emergency fire pumps or any kind of emergency

6    equipment without bunkers. We wouldn't have had

7    the ability to keep our food refrigerated. So

8    that would have spoiled. That would have caused

9    problems in itself. Just not having lights.

10    So it wouldn't have been responsible to

11    keep people on the ship, the crew on the ship

12    after the ship blacked out.
```

**Pg: 122 Ln: 25 - Pg: 124 Ln: 14**

**Annotation:**

```
122:25  Q:   Was it, was the normal course to

123: 1    try to get bunkers from the shore through the
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

```
 2    agent?

 3    A:   I guess that would depend on the

 4    country. Typically, probably a bunker probably

 5    the charterers would be working with bunker

 6    brokers that they're used to working with or maybe

 7    agents that co-liaise with bunker brokers.

 8    In this case, as I said, Citgo had

 9    arranged, to my understanding, had arranged

10    bunkers in Aruba for when we went back to Aruba to

11    discharge.

12    But we were not, for whatever reason,

13    able to receive those bunkers. I don't recall

14    specifically whether it was because the company

15    wouldn't sail to Venezuela or because the

16    government wouldn't let them sail to Venezuela;

17    the Venezuelan government.

18    So there was other options being

19    explored. And those options were limited.

20    There was some bunker companies in

21    Venezuela. I believe they were all sort of PDVSA

22    owned or operated for the most part. And we were

23    under the impression that we were going to be able

24    to get bunkers from one of these companies. But

25    like I mentioned, that changed shortly after I
124: 1    went skipper on the 27th, actually.

 2    Q:   Do you know why?

 3    A:   It's second-hand information I

 4    received. We didn't deal directly with the bunker

 5    broker in question in Venezuela because of

 6    language barriers. So the agents were liaising

 7    with them.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
8    And the understanding is that this

9    broker thought he was going to be able to deliver

10   bunkers, but that the government blocked them,

11   blocked his efforts.

12   Q:   Is that what he reported to you.

13   A:   That's what he reported to the

14   agent who reported it to me.
```

**Pg: 124 Ln: 16 - Pg: 126 Ln: 7**

**Annotation:**

```
124:16   I'd like to turn to Exhibit. Citgo

17   Exhibit 6. Let me know when you're at it.

18   A:   Okay. I'm looking at Exhibit 6,

19   the first page on the bottom is 44604.

20   EXHIBIT NO. ██████6: email thread

21   44604 through 44614

22    BY MR. KLEIN

23   Q:   You're doing my job. Thank you.

24   So this is a multipage exhibit. I will

25   represent for the record it's an email thread

125: 1   beginning on 44604 and ending on 44614.

2    Take your time to look through the

3    exhibit, if you like. And let me know if you

4    recognize it.

5    A:   Okay. Yeah, I'll justed take a

6    minute here like you mentioned and look at it.

7    Yes, I do recognize it.

8    Q:   I'm not going to make you go

9    through this entire thread fortunately. But if

10   you could turn to page 44605, the second page of
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

```
11    the exhibit.

12    A:   Okay. I'm looking at it.

13    Q:   And do you see at the middle of

14    the page, the email header is in Spanish says

15    'De:' instead of from and 'Enviado' instead of

16    sent. You see the email I'm referring to from M/T

17    Gerd Knutsen Master to Navieramar International?

18    A:   Would that be the bottom email

19    there that was sent by me.?

20    Q:   Right the bottom half of the

21    page.

22    A:   Bottom half of the page, yes, I

23    see that.

24    Q:   Okay. And the date in Spanish is

25    September 27, 2019. At this point, this is when

126: 1    you assumed the role of ██████████████ ?

2    A:   Yes, correct.

3    Q:   And that's your name at the

4    bottom of the email, 'Best Regards, ██████████?'

5    A:   Yes.

6    Q:   And Navieramar was the agent?

7    A:   Yes.
```

**Pg: 126 Ln: 19 - Pg: 127 Ln: 23**

**Annotation:**

```
126:19    Q:   All right. So here you're

20    writing to a person named Jorge who I guess is the

21    agent at that time or works for the agent?

22    A:   Generally the agent I would write

23    to would be Igor Rosas who's copied in this one.
```

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████████

```
    24    I believe there I was writing to that

    25    person in continuance with the email stream that

127: 1    Captain Parsons started pages previous to that.

     2    So that would have been the contact he was dealing

     3    with in Navieramar pertaining to these bunkers

     4    that we were under the assumption we were going to

     5    be able to get at that point.

     6    Q:   Okay. And in the email you're

     7    saying -- and I'll just say it.

     8    'I have been informed that the

     9    below requested bunkers are not

    10    available to our vessel due to

    11    legal restrictions within

    12    Venezuela.'

    13    Do you see that?

    14    A:   Yes.

    15    Q:   I read that correctly?

    16    A:   Yes, you did.

    17    Q:   And did you have an understanding

    18    of what legal restrictions you were referring to?

    19    A:   Yes, I was referring to what I

    20    just mentioned to you a moment ago about this

    21    bunker broker saying that he wasn't going to be

    22    able to supply the bunkers because the government

    23    seemed to be blocking bunkers from our vessel.
```

**Pg: 132 Ln: 7 - 10**

**Annotation:**

```
132: 7    Q:   And this is another email thread.

     8    I skipped one, I apologize, let's turn to
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

```
    9    Exhibit 7.

   10    A:   Exhibit 7.
```

**Pg: 132 Ln: 15 - Pg: 133 Ln: 12**

**Annotation:**

```
132:15   A:   It's a short thread.

   16    Q:   44592. Do you see that?

   17    A:   Yes, I see that.

   18    EXHIBIT NO. ████████7: email thread

   19    44592 - 44593

   20      BY MR. KLEIN

   21    Q:   Are you the author of that email?

   22    A:   Yes.

   23    Q:   And all right. It's from ███

   24    ████████████   dated September 28, 2019?

   25    A:   Yes.

133: 1   Q:   The addressee appears to be

    2    someone named Cap Carupano?

    3    A:   Yes.

    4    Q:   Who was Cap Carupano.?

    5    A:   As I recall, that was the email

    6    address we had for the harbormaster. And I would

    7    have found that by looking back through histories

    8    of other correspondence at the port. And I was

    9    trying to send that directly to the harbormaster.

   10    Q:   I see to Cap Carupano. To be

   11    clear, Cap Carupano was the harbormaster?

   12    A:   Yes.
```

**Pg: 133 Ln: 22 - Pg: 135 Ln: 22**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████████

**Annotation:**

| | | |
|---|---|---|
| 133:22 | Q: | Got it. Would you mind reading |
| | 23 | that email into the record, please? |
| | 24 | A: . |
| | 25 | 'Dear sir, As you know the Gerd |
| 134: 1 | | Knutsen remains anchored in |
| | 2 | Guiria Bay and its fuel |
| | 3 | situation has become critical. |
| | 4 | The fuel needed to power the |
| | 5 | ship is expected to run out in a |
| | 6 | few days. Therefore, to |
| | 7 | preserve the safety of the human |
| | 8 | lives onboard the Gerd Knutsen, |
| | 9 | the safety of the vessel and the |
| | 10 | safety of the cargo onboard, we |
| | 11 | write to request your |
| | 12 | assistance. Knutsen have been |
| | 13 | advised that there is a |
| | 14 | transport company who can pick |
| | 15 | up bunkers in Curacao previously |
| | 16 | purchased for the vessel, and |
| | 17 | deliver by ship-to-ship |
| | 18 | transport to the Gerd. |
| | 19 | Refueling of the Gerd will be |
| | 20 | the only purpose of the |
| | 21 | transport ship. The bunker |
| | 22 | supplier will not dock in |
| | 23 | Venezuela and will depart |
| | 24 | Venezuelan territory as soon as |
| | 25 | refueling is complete. Please |

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

```
135:  1    advise whether you will permit

      2    this refueling (if it can be

      3    arranged) and also permit the

      4    entry and exit of the transport

      5    ship from Venezuelan waters.

      6    Also please advise as to what

      7    steps need to be taken to

      8    accomplish it.

      9    We must emphasize again that the

     10    situation has become critical.

     11    Best regards, ███████████ '.

     12    Q:   Okay. Was it normal to reach out

     13     to the harbormaster to obtain permission like

     14     this?

     15    A:   No. No, not at all.

     16    Q:   Why were you reaching out to the

     17     harbormaster?

     18    A:   Because the situation was

     19     critical. The situation was dire and our

     20     understanding was that the government was not

     21     allowing ships to enter the country to provide

     22     fuel for us.
```

**Pg: 136 Ln: 10 - 13**

**Annotation:**

```
136:10    Q:   And did the harbormaster reply to

     11     this message?

     12    A:   I don't recall the harbormaster

     13     replying. I don't believe that he did.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

**Pg: 137 Ln: 24 - Pg: 138 Ln: 3**

**Annotation:**

```
137:24   Q:   Okay. Now, if the -- we partly
    25   touched on this before. But if the bunkering had
138: 1   been unsuccessful and systems had run out of fuel,
     2   what would you and the crew have had to do
     3   eventually?
```

**Pg: 138 Ln: 11 - Pg: 139 Ln: 3**

**Annotation:**

```
138:11   THE DEPONENT:  We would have had to
    12   abandon the vessel. At that point I
    13   would have had to put the safety of the
    14   crew over the safety of the vessel.
    15   Safety of the crew would have had to
    16   take precedence, the safety of human
    17   lives, and I would have abandoned the
    18   vessel.
    19     BY MR. KLEIN:
    20   Q:   What would have happened to the
    21   cargo?
    22   A:   The cargo would have remained
    23   onboard. I expect, eventually, also by running
    24   out of fuel there would eventually, I expect that
    25   oxygen would have crept into the vapour spaces and
139: 1   so that would have, you know, created potential
     2   for static discharge to create an explosion in the
     3   vapour space.
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████████

**Pg: 159 Ln: 2 - 18**

**Annotation:**

159: 2    Q:   Okay. All right. At the time

        3    that you returned to the Gerd in December 2019,

        4    did you have an understanding about the security

        5    situation in Venezuela at that time?

        6    A:   I did, yes.

        7    Q:   And what was your understanding?

        8    A:   The security situation, our

        9    appraisal was that it varied port to port. Where

       10    we were anchored off of Guiria, there didn't

       11    appear to be any specific security risks with

       12    regard to piracy or I should say robbery. That

       13    seemed to be specific to Port Jose, Port La Cruz.

       14    For us, the risk pertaining to security

       15    would have been possible actions taken by the

       16    government.

       17    Q:   The Maduro regime?

       18    A:   Yes, by Maduro regime, yes.

**Pg: 160 Ln: 6 - Pg: 161 Ln: 14**

**Annotation:**

160: 6    Q:   Okay. And in December and

        7    January was the Cormoran present around the Gerd?

        8    A:   It was, yes.

        9    Q:   And any other military presence

       10    that you observed?

       11    A:   I observed we did have a few

       12    members of the National Guard on Board on a couple

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
13   of occasions, visits to the vessel.

14   They're in a supporting capacity to

15   PDVSA lawyers.

16   I was informed of a possible, I guess,

17   attendance of armed personnel. I was informed

18   after the fact of the possibility that could have

19   taken place.

20   Q:   Explain that.

21   A:   All right. I believe it is

22   mentioned in one of these documents here. I was

23   informed on January 24th after I had officially

24   signed off in the capacity of ██████, before I got

25   in the launch. I was with Captain Parsons who had

161: 1   then signed on and the agent Igor Rosas.

2   Igor Rosas explained to us that in

3   December, on December 22nd, it had been the

4   intention of PDVSA to send out armed guards

5   onboard the vessel on that date. But that the

6   harbormaster of all people had talked him out of

7   it.

8   Q:   Did he explain his understanding

9   of why, how he talked them out of it?

10   A:   There's definitely some -- in

11   broken English, yeah, basically that it would have

12   created some type of international incident and it

13   would have had some affect on the country's

14   ability to conduct business. Something like that.
```

**Pg: 169 Ln: 17 - Pg: 170 Ln: 19**

**Annotation:**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▬▬▬▬▬▬

| | |
|---|---|
| 169:17 | **EXHIBIT NO. Underwriters 1**: Bates 36054 |
| 18 | BY MR. KLEIN |
| 19 | Q:   So if you would look at under |
| 20 | writers **Exhibit 1.** |
| 21 | A:   Okay, I'm just opening it here. |
| 22 | I'm looking at **Exhibit 1** being underwriters |
| 23 | **Exhibit 1.** |
| 24 | Q:   And at the bottom it says Citgo, |
| 25 | the Bates number is 36054. Do you see that? |
| 170: 1 | A:   Yes. |
| 2 | Q:   All right, so we're on the same |
| 3 | page. |
| 4 | Is this the letter that was delivered to |
| 5 | you by the PDVSA representatives on December 9? |
| 6 | A:   Yes, it is. |
| 7 | Q:   All right. And it's signed by |
| 8 | Paola Corina Sanchez. Do you see that? |
| 9 | A:   Yes. |
| 10 | Q:   I do, yes, looks like she's a |
| 11 | director of PDVSA Petroleo or I'm not sure if |
| 12 | that's a safe translation, but that's what it |
| 13 | looks like, right? |
| 14 | A:   Yeah, and I'm in the same boat as |
| 15 | you. It appears to be that way. |
| 16 | Q:   And then you signed it. It |
| 17 | appears to be your signature in the lower right, |
| 18 | am I right? |
| 19 | A:   It is, yes. |

**Pg: 171 Ln: 9 - Pg: 173 Ln: 9**

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

**Annotation:**

171: 9   Q:   Okay. And it is stamped for

10   receipt only. Do you see that?

11   A:   Yes.

12   Q:   You put that stamp on or --

13   A:   I did, yes.

14   Q:   What does that signify? Why did

15   you put the stamp 'for receipt only'?

16   A:   It signifies that I'm -- that I'm

17   receiving the letter, but I'm not agreeing or I'm

18   not taking any opinion on the letter. I guess

19   that I'm not acknowledging the contents of it per

20   se.

21   Q:   Okay. And I read the date. It's

22   in Spanish but seems to be December 4th, 2019?

23   A:   Yes.

24   Q:   So the letter was written,

25   appears to have been written on the 4th and

172: 1   delivered on the 9th, correct?

2   A:   That's correct, yes. That's what

3   it appears to be.

4   Q:   And it's addressed, if I read it

5   correctly, to Captain Parsons who had been the

6   master of the Gerd until, well, he probably was

7   the master of the Gerd December 4th, is that

8   correct?

9   A:   He would have been, yes.

10   Q:   But it was delivered to you

11   because Captain Parsons was no longer on the ship?

12   A:   That's right.

13   Q:   And you, again, I apologize for

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
        14    repetition. But you were not able to read this

        15    letter?

        16    A:   Correct, I was not aware or I was

        17     not able to read the meaning of that letter.

        18    Q:   Was it explained to you at the

        19     time?

        20    A:   I do not recall. I don't recall

        21     the details of the meeting.

        22    Q:   Did the individuals who came from

        23     PDVSA speak English?

        24    A:   No.

        25    Q:   Did anyone with them speak

   173: 1     English?

         2    A:   I believe I wrote down that the

         3     local agent came onboard. That would have been

         4     Igor Rosas. He spoke very broken English.

         5    Q:   And did he act as an interpreter

         6     for you?

         7    A:   Generally speaking, he would. I

         8     don't recall the details of that meeting though,

         9     if he did on that day.
```

**Pg: 188 Ln: 1 - Pg: 191 Ln: 9**

**Annotation:**

```
   188: 1    Q:   All right. And this is here

         2    mostly to jog your memory, if it you need it. But

         3    do you remember who came onboard?

         4    A:   I remember, yes. At the time I

         5    didn't know who everybody was specifically. But

         6    based on the reading translations afterwards, then
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮▮

```
    7    I was aware who was onboard at the time.
    8    Q:   Okay. And it mentions a PDVSA
    9    representative who was a lawyer, right?
   10    A:   Yes.
   11    Q:   Is that the same lawyer who came
   12    onboard, on December 9th?
   13    A:   It is, yes.
   14    Q:   Okay. And it represents it --
   15    excuse me, it also indicates an INEA, I-N-E-A,
   16    representative came onboard?
   17    A:   Yes, that was my understanding
   18    the day of and I believe that I guess when we see
   19    the English translation, we'll have a better idea
   20    of who that actually was.
   21    Q:   We might. It mentions the two
   22    members of the National Guard; that is, the
   23    Venezuelan National Guard came onboard?
   24    A:   Yes. Yes.
   25    Q:   And those are military personnel?
189: 1   A:   Yes.
    2    Q:   How did you know they were
    3    National Guard?
    4    A:   Their uniforms.
    5    Q:   Okay. Were they -- do you know
    6    if they were carrying weapons?
    7    A:   Their intention was to carry
    8    weapons. I had them leave their weapons on the
    9    launch.
   10    Q:   When you say their intention was
   11    to carry weapons. How did you know their
   12    intention?
```

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮

13  A:   The personnel -- our ship's

14  personnel from the gangway would have reported to

15  us when they were coming up that they had guns, I

16  guess handguns on holsters on their waste belts.

17  And I would have told the -- I would given

18  instruction for the personnel at the gangway, our

19  personnel, to instruct them to leave the guns on

20  the launch.

21  Q:   And did they follow that

22  direction?

23  A:   Yes.

24  Q:   Okay. And did you have an

25  understanding why the National Guard was there?

190: 1  A:   Not specifically, although I

2  guess they showed up when they wanted to show up,

3  per se. It didn't seem strange to me that they

4  would be there. In the context, it did seem

5  slightly menacing though.

6  Q:   Had you ever been in the

7  situation before your stint on the Gerd where

8  military personnel came onboard a vessel to

9  accompany civilian personnel?

10  A:   No.

11  Q:   Have you ever encountered that

12  since?

13  A:   No. No, I haven't.

14  Q:   Would you regard that as unusual?

15  A:   In the context, yes, I would

16  regard that as unusual. It was something that

17  happened in Venezuela is the only time I've

18  witnessed it.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮

19    Q:    Okay. And you indicate here that

20    they presented you with a court order, correct?

21    A:    Yes. Actually, let me just

22    re-read that there.

23    Q:    I don't want to put words in your

24    mouth.

25    A:    Just re-reading this. They

191: 1    presented -- I remember clearly that they

2    presented me with a handwritten letter which is in

3    Spanish so I didn't understand the context.

4    I can't recall if they presented me with

5    another letter. I think they might have. But I

6    can't recall specifically. And I may have been --

7    when I say court order here, I may have been

8    referring to the handwritten letter in Spanish.

9    It was a while ago.


**Pg: 191 Ln: 13 - Pg: 195 Ln: 13**


**Annotation:**

191:13    I apologize. Go to **Exhibit 13.**

14    A:    Thirteen?

15    Q:    I apologize, I am going a little

16    built out of order here. So?

17    A:    Yeah. Okay looking at 13.

18    **EXHIBIT NO.** ▮ **13:** Bates Citgo

19    11256 and 33650

20      BY MR. KLEIN

21    Q:    All right. Does this document

22    look familiar to you?

23    A:    Yes, it does. And I see I signed

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 █████████

```
      24    for it on the 22nd so that answers my vague
      25    memory.
192:  1    Q:   Okay. So just so that the record
       2    reflects it. That's your signature at the bottom?
       3    A:   It is, yes.
       4    Q:   And your name handwritten below
       5    it?
       6    A:   Yes.
       7    Q:   Dated December 22nd, 2019?
       8    A:   Yes.
       9    Q:   And it looks like 9:30 local
      10    time?
      11    A:   It does, yes.
      12    Q:   That's a.m.?
      13    A:   That would be a.m. and that would
      14    be accurate.
      15    Q:   Okay. And it says it's stamped
      16    for receipt only?
      17    A:   Yes.
      18    Q:   And that's your stamp?
      19    A:   It is, yes.
      20    Q:   All right. And again,
      21    recognizing that you don't read Spanish, can you
      22    tell from looking at this document the date that
      23    it was issued?
      24    A:   It appears to have been issued on
      25    the 17th of December.
193:  1    Q:   Okay. And did you have an
       2    understanding of what this document was?
       3    A:   No. No, I didn't.
       4    Q:   And, but this is the document you
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮

| | |
|---|---|
| 5 | were handed on the 22nd? |
| 6 | A:   That's correct, this would have |
| 7 | been the document I was handed on the 22nd. |
| 8 | Q:   And the same document that you |
| 9 | referred to as a court order in your email to Karl |
| 10 | Schmidt in **Exhibit 15**? |
| 11 | A:   Yes. Yes, this would have been |
| 12 | the document that I was referring to in **Exhibit 15** |
| 13 | as the court order. |
| 14 | Q:   Okay. If you turn to the second |
| 15 | page of **Exhibit 13**, it's marked 'free |
| 16 | translation'? |
| 17 | A:   Yes, I'm looking at that. |
| 18 | Q:   Was this included in the document |
| 19 | that you were provided on December 22nd? |
| 20 | A:   The free translation was not |
| 21 | included, no. |
| 22 | Q:   Okay. Did you ever see it before |
| 23 | preparing for this deposition? |
| 24 | A:   I don't recall seeing this before |
| 25 | preparing for the deposition, actually. |
| 194: 1 | Q:   So I want to avoid being |
| 2 | repetitious but I also want to make sure I |
| 3 | understand it and the record is clear. |
| 4 | No one explained to you the meaning of |
| 5 | this document on the day that it was delivered to |
| 6 | you? |
| 7 | A:   Not accurately at least, no. And |
| 8 | the reason I say that is that their quote unquote |
| 9 | 'translator' may have tried to say something. But |
| 10 | the message would not have been accurately |

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ███████

```
11    conveyed.
12    Q:   Okay. Look at Citgo Exhibit 14,
13    if you will?
14    A:   Okay. I'm looking at that.
15    EXHIBIT NO. ███████ 14: Bates Citgo
16    41941 to 41943, and 11272
17       BY MR. KLEIN
18    Q:   That's a handwritten document
19    beginning on Bates number 41491. Do you see is
20    that?
21    A:   Yes.
22    Q:   Do you recognize this as a
23    document that was also given to you on the 22nd of
24    December.
25    A:   Yes.
195: 1    Q:   You do.
2    A:   I do, yes.
3    Q:   And how would you describe this
4    document?
5    A:   Well, at the time I -- well, once
6    again, I don't understand Spanish so I was not
7    able to read this document. Am not able to read
8    this document.
9    It was written in my presence by the
10    lawyer that was attending that day.
11    Q:   Okay. So that was the PDVSA
12    lawyer?
13    A:   Yes.
```

**Pg: 195 Ln: 21 - Pg: 197 Ln: 11**

## TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▮▮▮▮▮▮

**Annotation:**

195:21  Q:  Within **Exhibit 14**, if you go

22  several pages in to Bates number 11272. Do you

23  see that?

24  A:  11272. Yes.

25  Q:  All right. And this is marked at

196: 1  the top free translation. Do you know if this

2  is -- is this a document that you saw before

3  preparing for this deposition?

4  A:  Yes, it is.

5  Q:  When did you first see it?

6  A:  I would have seen this either

7  late on the 22nd or some time on the 23rd of

8  December, 2019.

9  Q:  Oh. And how did you come to

10  receive this free translation?

11  A:  This was provided to me by --

12  this was provided to me by Knutsen.

13  Q:  Okay. So let me make sure I

14  understand. When you received the court order and

15  the handwritten document from the PDVSA lawyer,

16  did you forward them to Knutsen?

17  A:  I did, yes.

18  Q:  And to anyone in particular

19  there?

20  A:  I would have forwarded it to John

21  Einar.

22  Q:  Okay. And he sent this back to

23  you as a translation of the lawyer's handwritten

24  notes?

25  A:  Yes.

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ██████████

```
197: 1   Q:   Okay. And I assume you read this

     2    when you received it, right?

     3   A:   I did, yes.

     4   Q:   And did this give you an

     5    understanding of what PDVSA wanted you to do?

     6   A:   It did, yes. Gave me a much

     7    clearer understanding.

     8   Q:   All right.

     9   A:   Although, it didn't give me a

    10    timeline. It gave me intentions, actions to take,

    11    but not a timeline to take them.
```

**Pg: 198 Ln: 14 - Pg: 200 Ln: 13**

**Annotation:**

```
198:14   Q:   Okay. I see it says here also --

    15    and I'm just reading it.

    16    '██████████████████ is

    17    responsible for the Product in

    18    case of loss or damage and in

    19    that case he assumes any action

    20    taken by PDVSA Petroleo, S.A. of

    21    a legal nature.'

    22    Do you see that?

    23   A:    I do. And also in reading this,

    24    it stood out to me upon receiving this free

    25    translation that this was coming from a criminal

199: 1    court and not a civil court.

     2   Q:   Okay. And what did that mean to

     3    you?

     4   A:    To me, it meant that they were
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

```
 5    trying to put pressure on myself personally to

 6    move this cargo or to reclaim this cargo. Yeah.

 7    Q:   I guess as well it's worth noting

 8    in that regard, do you see the sentence that

 9    reads: 'Based on this'?

10    A:   Which sentence is that?

11    Q:   Yeah, it's about a little more

12    than two-thirds of the way down the first

13    paragraph.

14    A:   Okay. 'Based on this ...' Yes,

15    I see that sentence.

16    Q:   Could you read that into the

17    record.?

18    A:   .

19    'Based on this, ████████ must

20    pass in writing the refusal not

21    to move to the terminal in Jose

22    since at the moment it is in

23    contempt of a judicial order

24    issued by the Third Court of

25    First State Instance in Function

200: 1   of Control of the Criminal

 2    Judicial Circuit of the

 3    Metropolitan Area of Caracas.'

 4    Q:   Allowing for the fact this may

 5    not be a great translation, do you have an

 6    understanding that it's saying that you are in

 7    criminal contempt of the criminal courts' ruling?

 8    A:   Somewhat. It was unclear to me

 9    whether or not they're referring to the vessel

10    being in contempt or myself. But given that they
```

# TextMap Annotation Digest Report

**Case Name:**  039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:**  [10/28/2021] 10/28/2021 ▮▮▮▮▮▮▮▮

```
11    name me personally, I figured it was safe to

12    assume they're referring to, well, either both or

13    at the very least, myself.
```

**Pg: 245 Ln: 1 - Pg: 247 Ln: 24**

**Annotation:**

```
245: 1   Q:   And it became clear to you that

     2    if you acted in conformity with the court order,

     3    you would have no reason to be concerned for your

     4    safety, right?

     5   A:   Yes, that's correct.

     6   Q:   And in fact you were never

     7    actually arrested after the court order was served

     8    on you, right?

     9   A:   No.

    10   Q:   Or at any other time, right?

    11   A:   No.

    12   Q:   And in fact no attempt to arrest

    13    you was ever made at any time, isn't that right?

    14   MR. ADLER:  I will object to that.

    15   THE DEPONENT:  Unknown.

    16      BY MR. COONEY

    17   Q:   Why do you say unknown?

    18   A:   Sorry, should I answer this?

    19   MR. ADLER:  Go ahead and answer.

    20   THE DEPONENT:  Based on the -- I believe

    21    I mentioned on the 24th after I signed

    22    off, that our agent Igor Rosas had

    23    commented to us, to myself and Captain

    24    Parsons, that on the 22nd, it had been

    25    PDVSA's intention to send out National
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ▇▇▇▇▇▇

```
246: 1    Guard armed soldiers as a presence
     2    onboard. PDVSA does things without
     3    making their intentions clear. But
     4    that, certainly, sounded like some form
     5    of arrest.
     6        BY MR. COONEY
     7    Q:   But that was something that you
     8    heard from Navieramar, right?
     9    A:   Yes.
     10   Q:   Who heard it from who exactly?
     11   A:   My understanding was that he was
     12   present when this, ashore, when -- I also
     13   mentioned that the harbour master had talked, I
     14   guess, these soldiers out of coming onboard. And
     15   my understanding was that Igor Rosas would have
     16   been present during that conversation, that
     17   exchange.
     18   Q:   But in fact, that message was not
     19   conveyed directly to you on December 22nd, right?
     20   A:   No, it wasn't.
     21   Q:   And it wasn't conveyed to you at
     22   any other time either?
     23   A:   December 24th, sorry,
     24   January 24th.
     25   Q:   But January 24 --
247: 1    MR. KLEIN:   Objection.
     2        BY MR. COONEY
     3    Q:   January 24th was when you heard
     4    from Navieramar, right, second-hand that it was
     5    contemplated that they might arrest you on the
     6    22nd, is that it?
```

# TextMap Annotation Digest Report

**Case Name:** 039810-0000009 - Citgo Petroleum Corporation vs. Ascot Underwriting Limited
**Transcript:** [10/28/2021] 10/28/2021 ████████

```
 7   A:   He told us that they were going

 8    to send out -- that their intention had been to

 9    send out armed guards on the 22nd.

10   Q:   Armed guards to do what?

11   A:   Be a presence on the vessel,

12    detain the vessel, something of that nature.

13   Q:   But that didn't actually happen

14    on the 22nd, did it?

15   A:   No, it didn't.

16   Q:   And it didn't happen after you

17    conveyed to PDVSA the message that you'd received

18    from Citgo and that is set forth in Exhibit 18,

19    right?

20   A:   Let me just look at 18 here.

21   Q:   Yeah, take a look at 18. You're

22    setting forth Citgo's position.

23   A:   That's correct. I received no

24    response from these emails to PDVSA.
```